# SUPPLIMENT

United States District Court
Southern District of Texas
FILED

JUN 19 2015

David J. Bradley, Clerk of Court

# COVER

5-22-15

TO: ADMINISTRATOR OF THE OFFENDER
    GRIEVANCE PROGRAM. HUNTSVILLE, TX.

FROM: SCOTT HESS. INMATE #1841004
      MICHAEL UNIT. TENESSEE COLONY, TX.

RE: PROBLEMS WITH LOCAL GRIEVANCE
    OFFICE.

DEAR SIR,
    I WAS JUST ABOUT TO FILE MY "1983"
LAWSUIT AGAINST T.D.C.J. ON OR AFTER
5-25-15 ... WHEN SOMETHING STRANGE
HAPPENED. AFTER MY STEP ONE GRIEVANCE
WAS IGNORED — THEN THE GRIEVANCE OFFICE
HERE SAID THEY NEVER RECIEVED MY STEP ONE ...
I RECIEVED A COPY OF MY STEP 2 GRIEVANCE.
THE ATTACHMENT CLAIMS THAT I DID IN
FACT SEND MY STEP ONE, AND IT WAS
RECIEVED AND RETURNED TO ME UNPROCESSED.
THIS IS NOT TRUE SIR.
    I'M DONE DEALING WITH THIS GRIEVANCE
OFFICE HERE. THEY ALSO GAVE ME THE
RUN AROUND WHEN I FILED MY FIRST
STEP ONE RELATED TO THIS SAME ISSUE.
HOWEVER NOW MY GRIEVANCE IS AGAINST
CRIME STOPPERS BEHIND WALLS AND O.I.G.
PLEASE SEE MY STATEMENT AND THE
SUPPLIMENT AND THE ATTACHMENTS. THANK YOU.
    RESPECTFULLY — Scott W. Hess

Case 4:15-cv-01759 Document 1-1 Filed in TXSD on 06/19/15 Page 3 of 33



5-15-15

# STATEMENT

SINCE 2013 - I HAVE BEEN RECIEVING
SEVERAL FALSIFIED DOCUMENTS FROM THE
197TH DISTRICT COURT IN BROWNSVILLE, TX.;
THE D.A.'S OFFICE THERE; THE ATTORNEY
GENERALS OFFICE AND THE U.S. DISTRICT
COURTS IN BROWNSVILLE AND CORPUS CHRISTIE.
AND I'VE BEEN DESPERATELY TRYING TO
REPORT THESE OCCASIONS TO THE PROPER
LAW ENFORCEMENT AGENCIES FROM INSIDE
PRISON.

GRANTED, I'M A PSYCHE PATIENT
RECOVERING FROM A CASE OF MALPRACTICE
BY A PSYCHE PROVIDER WHILE IN PRISON.
AND I DO HAVE A LAWSUITE PENDING
IN THE U.S. DISTRICT COURT IN GALVESTON
AGAINST THIS "PHYSICIAN'S ASSISTANT" WHO
WITHELD MY LONG TIME PSYCOTROPIC
MEDICINE. BUT I HAVE RECOVERED ENOUGH
TO TAKE CARE OF MY LEGAL MATTERS
COMPETANTLY.

DURING THIS TIME, DEC. 2013 UNTILL NOW,
I'VE BEEN TERRIBLY UPSET WITH ALL THIS
ABUSE FROM THE COURTS AND THE ATTORNEYS
INVOLVED... AS WELL AS MY INABILITY TO
REPORT THESE CRIMES FROM INSIDE PRISON.
THIS IS PROPERLY TERMED "ONGOING ABUSE
OF A DISABLED PERSON" AND BECAUSE I'M

②

5-15-15

OVER 50 YEARS OLD, IT IS ALSO A CASE
OF "ONGOING ABUSE OF AN ELDERLY PERSON"
BY DEFINITION! MY NERVES ARE "SHOT" AND
I CAN'T SLEEP AT NIGHT. IT IS ONLY BY THE
GRACE OF GOD I AM ABLE TO COPE WITH
THIS ABUSE, ESPECIALLY IN A PRISON SETTING.

I STARTED TO REPORT THIS ABUSE TO
PRISON OFFICIALS RIGHT AWAY — BY UTILIZING
THE "CHAIN OF COMMAND". BUT MY CRIES
AND WRITTEN PETITIONS HAVE ALL BEEN
IGNORED. I'VE TRIED TO REPORT THIS
PROPERLY — EVEN TO UNIT MAJORS AND
WARDENS TO NO AVAIL.

FINALLY I FILED A GRIEVANCE AS
SUGGESTED BY SGT. COUCH IN SEPTEMBER
OF 2014. (SEE ATTACHMENT 'A'). I FELT
THAT AT THAT TIME — MY RECOVERY FROM
MY EARLIER HOSPITALIZATION (MENTAL)
HAD COME ALONG WELL ENOUGH TO
SEEK A MORE SERIOUS AVENUE TO REPORT
THIS "ONGOING ABUSE". AND STILL — ALL I
AM GETTING IS THE PREVERBIAL "RUN
AROUND". I HAVE HAD ENOUGH !!!

DURING MY HOSPITALIZATION AT THE
JESTER IV UNIT IN RICHMOND, TX. —
(12/13 TO 2/14)... I EVEN REPORTED THESE
INFRACTIONS TO MY COUNSELOR, A STAFF

③

5-15-15

PSYCHOLOGIST – DR. KLINE – DURING SESSIONS
OF GROUP THERAPY, AND IN WRITING. SHE
IS THEN REQUIRED BY LAW TO
PROPERLY REPORT THIS ABUSE PROPERLY
AND IN A TIMELY FASHION. THEN I
REPORTED THE FALSIFIED LEGAL DOCUMENTS
TO MY PSYCHIATRIST THERE – DR.
GUMMITTIRA. SHE WOULD NOT TAKE MY
REPORT – AND SHE REBUKED ME FOR TRYING
TO INVOLVE DR. KLINE. EVENTUALLY THOUGH,
DR. KLINE DID GIVE ME AN ADDRESS TO
"CRIME STOPPERS BEHIND WALLS" – A T.D.C.J.
DEPARTMENT IN HUNTSVILLE, TX. AND SHE
ADVISED ME TO REPORT THIS ABUSE ON MY
OWN – THAT WAY. I HELD ON TO THE
ADDRESS UNTILL I COULD REPORT THIS
TO "CRIME STOPPERS" IN CREDIBLE FASHION
(WITH REGARD TO MY MENTAL STATE) AND,
OF COURSE, I HAD TO OBTAIN THE
NECESSARY PHOTO-COPIES TO MAKE MY
REPORT. (IT IS AGAINST T.D.C.J. POLICY TO
ALLOW INMATES THE PRIVELAGE OF MAKING
PHOTO-COPIES) IT TOOK SEVERAL MONTHS
TO UTILIZE MY CHURCH FAMILY AND GET
HELP MAKING THE NECESSARY COPIES.

AFTER GETTING THE "RUN AROUND" WITH
MY EARLIER GRIEVANCE – I SENT MY
VERY ORGANIZED LEGAL FILE TO "CRIME
STOPPERS" IN HUNTSVILLE. SUPRISINGLY



(4)

5-15-15

THEY RETURNED MY LEGAL FILE - TELLING
ME THAT THIS WAS NOT THEIR CONCERN,
AND TO MAKE MY REPORT WITH THE
"OFFICE OF INSPECTOR GENERAL" (FORMERLY
"I.A.D." OF T.D.CJ) - OR THROUGH THE
GRIEVANCE PROCESS. (SEE ATTACHMENT 'B').
SO... THIS MEANS THAT EITHER DR.
KLINE GAVE ME BAD ADVICE - OR
"CRIME STOPPERS" WAS SUPPOSED TO TAKE
MY REPORT. ONE OR THE OTHER!

I MADE SIMILAR COMPLAINTS TO THE
PSYCHE. CARE OFFICIALS AT THE GARZA
FACILITIES IN BEEVILLE, TX. - MR. SHALES
AND MS. NOBLE - THE DIRECTOR OF THE
PSYCHE. DEPARTMENT THERE. AND I
IMMAGINE A REPORT WAS MADE TO "O.I.G."
- AND LIKEWISE HERE AT THE MICHAEL
UNIT. I REPORTED ALL THIS ABUSE TO
MY PSYCHOLOGIST MS. JOHNSTON AND THE
HEAD OF THE PSYCHE. DEPT. HERE -
MR. CHRIS. BOTH TOLD ME THAT THEY
WOULD OR DID REPORT THIS ONGOING
ABUSE TO THE "OIG" OFFICERS HERE
ON THIS UNIT. I HAVEN'T HEARD
ANYTHING FROM THESE OFFICERS - AND
MY WRITTEN PETITIONS TO THEM HAVE
BEEN IGNORED! I EVEN WROTE "MAJOR
FUNAI" AND THEN THE NEW MAJOR - "MAJ.
FITZPATRICK". AND THE NEW SENIOR


⑤

5-15-15

WARDEN, "WARDEN BAKER"... AND HAVE RECIEVED NO RESPONSE!

ALL THIS TIME I HAVE BEEN FOLLOWING THE ADVICE OF A "LEUTENANT PURVIS" WHOME I HAVE CONFIDED IN... (HERE AT THE MICHAEL UNIT.)

FINALLY I SENT A COPY OF MY LEGAL FILE TO THE "O.I.G." OFFICE IN HUNTSVILLE — AND I DID GET A WRITTEN RESPONSE — STATING THAT IT IS NOT THE CONCERN OF THEIR OFFICE EITHER. (SEE ATTACHMENT 'C') SO... WITHIN THE 15 DAYS ALLOWED AFTER I RECIEVED THE RESPONSE FROM "O.I.G." — I DID FILE A "STEP ONE" GRIEVANCE ON 3-1-15 AGAINST CRIMESTOPPERS AND "O.I.G" TO MS. KIRPATRICK THE GRIEVANCE OFFICER WHO GAVE ME THE RUN AROUND LAST SEPTEMBER.

MY "STEP ONE" GRIEVANCE WAS IGNORED! THEN I FOUND THE CASE-LAW THAT GAVE ME THE NEEDED ADVICE ON WHAT TO DO... (SEE ATTACHMENT 'D')

I THEN FILED MY "STEP TWO" GRIEVANCE ON 4/20/15 (AS ADVISED)... AND EVEN FOLLOWED UP WITH A PROPER LEGAL LETTER



5-15-15

TO MS. KIRPATRICK (THE GRIEVANCE OFFICER)
(SEE ATTACHMENT 'E')

BOTH OF THESE GRIEVANCES WERE
IGNORED! SO I AM NOW FOLLOWING THE
PROCEDURE AND FILING A "1983" LAWSUITE
AGAINST T.D.C.J. AT THE U.S. DISTRICT
COURT IN HOUSTON, AND HOPEFULLY GET
THESE, OBVIOUSLY, FALSIFIED DOCUMENTS
REPORTED TO THE PROPER AUTHORITIES.

IT IS A FELONY TO NOT REPORT A KNOWN
FELONY... AND LIKEWISE A FEDERAL
OFFENSE!

MY FILE CAN BE FOUND ON THE COMPUTER-
WITH MY CIVIL CASE (PENDING) - MY HABIAS
DEFENSE UNDER SECTION 2254 - AT THE U.S.
DISTRICT COURT IN BROWNSVILLE UNDER CASE
# 1:13-cv-190. SEE THE DOCKETT SHEET,...
ITEM 59 AND 64. (ALSO SEE ITEM 'E'
ATTACHED) THANK YOU. RESPECTFULLY
Scott W. Hess

"INMATE DECLORATION"- I SCOTT W. HESS
DO SWEAR THAT THIS IS A TRUE AND
CORRECT ACCOUNT OF FACTS AND EVENTS.
SIGNED THIS 15TH DAY OF MAY, 2015.
Scott W. Hess.

# Texas Department of Criminal Justice

# STEP 1 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: SCOTT HESS   TDCJ # 1841004

Unit: MICHAEL   Housing Assignment: A-62B

Unit where incident occurred: ~~GARZA~~ MICHAEL

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? SGT. COUCH   When? 8-30-14

What was their response? HE TOLD ME TO SEND I-60 TO O.I.G AGAIN

What action was taken? NONE —

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I AM A VICTIM OF SEVERAL CRIMES AGAINST ME AND I HAVE BEEN TRYING TO REPORT THESE CRIMES FROM INSIDE PRISON SINCE DECEMBER OF LAST YEAR. AND I HAVE HAD NO LUCK AT ALL!

I'M TRYING TO REPORT SOME FALSE AND ~~TO~~ FALSIFIED RECORDS THAT THE COURT HAS BEEN SENDING ME. THIS IS AN ONGOING MATTER. "ONGOING ~~ABS~~ ABUSE OF A DISABLED PERSON" — ME!

I HAVE BEEN SENDING I-60'S AND GRIEVANCE FORMS FROM GARZA EAST AND WEST... AND DURING A BRIEF STAY AT JESTER-4 UNIT. NO RESPONSES!

UPON MY ARRIVAL HERE TO MICHAEL UNIT I SAW THE HEAD OF THE PSYCHE DEPARTMEN MR. CHRIS. I MADE A VERBAL REPORT TO HIM AND HE INFORMED ME THAT HE WAS GOING TO REPORT THE FALSE COURT PAPERS THAT I'VE BEEN RECIEVING TO THE O.I.G. OFFICER HERE. I HAVE SENT 2 OR 3 MORE I-60'S TO O.I.G. AND MR CAMPOS — THIS IS WHAT THE WARDEN TOLD ME TO DO LAST

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

SEP 15 2014   Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: SCOTT HESS     TDCJ # _____

Unit: MICHAEL     Housing Assignment: A 62 B

Unit where incident occurred: MICHAEL

<table>
<tr><td colspan="2">**OFFICE USE ONLY**</td></tr>
<tr><td>Grievance #:</td><td>_____</td></tr>
<tr><td>UGI Recd Date:</td><td>_____</td></tr>
<tr><td>HQ Recd Date:</td><td>_____</td></tr>
<tr><td>Date Due:</td><td>_____</td></tr>
<tr><td>Grievance Code:</td><td>_____</td></tr>
<tr><td>Investigator ID#:</td><td>_____</td></tr>
<tr><td>Extension Date:</td><td>_____</td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

MY STEP ONE GRIEVANCE WAS COMPREHENSABLE.
MY STATEMENTS ARE PLAIN AND SIMPLE. IT
IS ILLEGAL TO FALSIFY COURT DOCUMENTS
AND COURT RECORDS. I HAVE MORE THAN
SEVERAL DOCUMENTS FROM THE 197TH
DISTRICT COURT, THE COURT OF APPEALS
AND THE U.S. DISTRICT COURT THAT CANNOT
BE TRUE BECAUSE THE RECORDS
CONTRADICT EACH OTHER. I HAVE FOUR
DIFFERENT SETS OF DOCUMENTS THAT TELL
FOUR DIFFERENT STORIES OF THE SAME
COURT RECORDS. I HAVE ALSO, FALSIFIED
DOCUMENTS THAT CAN OBVIOUSLY BE
PROVEN FALSE... A JUDGE OR COURT
CLERKS CONTINUE TO SEND CONTRADICTORY
INFORMATION. THIS HAS BEEN - AND IS
EXTREMELY DISHEARTENING FOR ME
TO BEAR - I WANT TO REPORT THESE
PHONEY DOCUMENTS TO LAW ENFORCEMENT
OFFICIALS - AND I CAN'T GET ANY CO-OPER-
ATION. MY COURT RECORDS THAT I HAVE
IN MY POSESSION MUST BE REVIEWED BY

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

SEP 15 2014

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Inter-Office Communication
## Administrative Review and Risk Management
## Offender Grievance

NOV 1 9 2014

TO: _Hess, Scott_

TDCJ# _1841004_

Unit: _MI_

**19471**

Subject: Correspondence

ISG RE#: _201500 3705_

Your documents received in this office have been reviewed and a response is indicated below.  Contact the warden, major, chief of classification or a security officer for issues you deem an emergency.  **If you need additional information or assistance, you may contact the Unit Grievance Investigator at your unit.**

- [x] Please utilize the Offender Grievance Procedure to address your concerns.
- [ ] A copy of the Instructions on How to Write and Submit Grievances is enclosed for your information.
- [ ] Policy requires that all grievances be submitted through your unit grievance investigator within 15 days of the applicable date.
- [ ] If you are not satisfied with the response you receive from a Step 1 investigation, you have the option of appealing to Step 2 within 15 days of the signature date on the Step 1 form.
- [ ] The grievable time period has expired.  Further action from this office is not warranted.
- [ ] These issues have been reviewed in grievance #_____ at both steps of the grievance procedure.  Further action by this office is not warranted
- [ ] Grievance records do not indicate receipt of the referenced grievance.
- [ ] If you wish to obtain a copy of a Step 1 grievance, contact your Unit Grievance Investigator via I-60 Request to Authority.  The records retention for grievances is three years.
- [ ] The original answered Step 1 must be submitted with your Step 2 appeal, thru your unit grievance office.
- [ ] Your Step 1 grievance(s) was properly screened.
- [ ] The requested information is available for review in the Law Library.
- [ ] Contact the law library supervisor concerning your open records request.
- [ ] Grievance # _____ is under review at the Step 2 level.  All attachments must be included with your grievance at the time of submission to your Unit Grievance Investigator.
- [ ] The use of vulgar names towards staff in your grievance will not be tolerated and may result in disciplinary action being taken by unit administration.
- [ ] This Step 2 appeal is being returned to you without action; however, the unprocessed Step 1 grievance # _____ is under review.
- [ ] This Step 2 appeal cannot be processed without the corresponding original, answered Step 1 grievance.
- [x] You may not submit a Step 2 appeal on Step 1 grievance #_201500 3705_ that was screened using one of the screening criteria, and returned to you unprocessed.
- [ ] Electronic records indicate that grievance #_____ is currently under review.
- [ ] You had the option of correcting screened grievance #_____ and resubmitting to the unit grievance investigator within 15 days from the date of the returned grievance.
- [ ] Direct this issue to the Director's Review Committee (DRC).
- [ ] Direct this issue to the Classification and Records Office – Time Credit Section.
- [ ] Direct this issue to the Parole Board.

sm – 01-21-13 ShareAll.Corrp.correspondence 2013

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## CRIMESTOPPERS

January 21, 2015

OFFENDER NAME:  Hess, Scott      TDCJ# #1841004/MI

The TDCJ Crimestoppers program has received your correspondence.  After careful
review it has been determined that the information you provided does not fall within the
guidelines of the Crimestoppers program.  Information of this nature should be submitted
to the Office of the Inspector General –Casemanagement section or through the Offender
Grievance Process.



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL
P. O. Box 4003, Huntsville, Texas 77342

**INTEROFFICE COMMUNICATION**

| | | | |
|---|---|---|---|
| **TO :** | HESS, SCOTT | **DATE :** | Feb 20, 2015 |
| **Unit/Dept :** | Michael | **Correspondence # :** | CM.2015.00709 |
| **FROM :** | OIG Records Office | **SUBJECT :**<br>**TDCJ #:** | HESS, SCOTT<br>01841004 |

The Correspondence forwarded to the Office of the Inspector General has been read and evaluated by OIG staff. Based on the information provided, the relevant issues stated will be addressed in the following manner:

☐ An OIG Investigation will not be conducted.

☐ The Correspondence contained issues that should have been submitted through the unit grievance procedure.

☒ The allegations presented do not come under the investigative purview of this office.

☐ Polygraph examinations are not administered at offender's request.

☐ You have previously pursued this issue through utilization of step1 and step2 of the Offender Grievance Procedure; therefore an OIG investigation will not be conducted.
☐ Grievance #_____ is open to review your allegations. It is not the practice of the OIG to interfere in on-going grievance investigations.
☐ The TDCJ Use of Force Office automatically reviews all major use of force reports. If further investigation is considered appropriate, the case will be referred to the OIG.
☐ If you are not satisfied with your step1 grievance response, you should file a step2 grievance to continue the Offender Grievance Procedure.
☐ Allegations or Complaints relating to minor staff misconduct or unit issues will be forwarded to the **Unit Warden.**

☐ Issues related to time calculations, sentencing, concurrent time/stacked time, jail time, forfeited good conduct time, back dated good conduct time, class, promotions, cell assignments, and TDCJ policies and procedures in effect for processing an offender's request for Protective Custody/Safekeeping/Unit Transfers have been forwarded to the **Unit or State Classification Committee.**
☐ Allegations of the gang activity or being identified as a member of a security threat group will be forwarded to the **Security Threat Group** or the **Unit Security Threat Group.**
☐ Issues relating to parole will be forwarded to **Parole Division-Review and Release.**

☐ Issues relating to education will be forwarded to **Windham School District Superintendent.**

☐ Allegation of life endangerment will be forwarded to the **Ombudsman's office.**

☐ Issues regarding medical treatment, or medical restrictions will be forwarded to Office of Professional Standards,Health Services.

☐ Issues relating to legal assistance, legal material, or access to the law library will be forwarded to **Access to Courts.**

☐ Issues relating to offender disciplinary process, which were addressed in Step 1 and Step 2 grievances, will be referred to the TDCJ Disciplinary Coordinator.
☐ Issues relating to problems with the offender mail system should be forwarded to the **Mail System Coordinator Panel.**

☒ Other: IN RESPONSE TO CORRESPONDENCE DATED 12/09/2014.

**Your Correspondence is being returned for your records and disposition.**
NOTE: Prison related issues should be directed to the appropriate TDCJ department. Sending your concerns to the wrong department or agency delays valuable response time.
CC :



Powe v. Ennis, 177 F.3d 393 (5th Cir.1999). Cf. Lewis v. Washington, 300 F.3d 829 (7th Cir.2002) (when prison officials do not respond to a prisoner's initial grievance, administrative remedies are exhausted).

In a multi-step grievance system, if staff fail to respond within the time limits established in the grievance system's rules, the prisoner must appeal to the next stage. If the prisoner does not receive a response at the final appeal level, and the time for response has passed, the prisoner has exhausted available remedies.

4-20-15

TO: PAM KIRKPATRICK
    GRIEVANCE OFFICER - MICHAEL UNIT
    T.D.C.J.

FROM: SCOTT HESS. # 1841004 / 18-5-84

RE: STEP ONE AND STEP TWO GRIEVANCES
    FILED 3-1-15 AND 4-20-15

DEAR MA'AM,
    DID YOU FIND MY STEP ONE THAT
WAS PUT IN THE "BOX" ON SUN. 3/1?
IT WAS WITH A FEW ATTACHMENTS
AND IN A BUSINESS ENVELOPE.
LIKEWISE MY STEP 2. FILED
ON SUNDAY 4-19. (PUT IN THE "BOX")

MA'AM, WITH ALL DUE RESPECT, I
GOT WORD FROM O.I.G. (SEE ATTACHED)
ON 2-20-15 THAT THEY WERE PASSING
THE BUCK WITH THIS CASE. I DID IN
FACT FILE MY STEP ONE WITHIN THE
15 DAY LIMIT. AS FAR AS I FIGURE,
IT WAS IGNORED, THUS I JUST SENT
MY STEP 2 (SEE 'RULE' ATTACHED) I
DO UNDERSTAND THAT THIS MAY BE
TOO MANY ATTACHMENTS FOR YOU. THAT'S
OK. RESPOND, DON'T RESPOND, EITHER



4-20-15

TO: WHOME IT MAY CONCERN
FROM: SCOTT HESS, TX INMATE 1841004
RE: HOW TO READ THIS FILE.

TO GUIDE YOU THROUGH THIS FILE
POINTING OUT, FIRST, THE NECESSARY
PAGES TO REPORT FALSIFID COURT
RECORDS, BOTH STATE AND FEDERAL,
GO TO THE LETTER DATED 12-9-14ᴬ
FIRST, AND FOLLOW THE PROMPTS.

THIS FILE IS ORGANIZED BY DATE.

THEN READ THE COURT PAPERS
DATED 5-13-14 ... ALONG WITH
MY REBUTTLE ON 3-21-15.

THIS SHOULD SHED LIGHT ON THE
TRULY COURIOUS.

THEN READ FROM FRONT TO BACK,
SLOWLY AND CAREFULLY TO GET THE
ENTIRE PICTURE OF THIS GREAT
INJUSTICE AGAINST ME AND MY
FAMILY. I WILL NOT REST UNTILL
THE CULPRITS ARE HELD ACCOUNTABLE
BY LAW! THANK YOU.
                    SINCERELY, Scott W. Hess

①

TO: WHOME IT MAY CONCERN          12-9-14
FROM: SCOTT W. HESS = TX INMATE 1841004
   RE: TAMPERING OF STATE RECORDS, FALSIFYING
        STATE AND FEDERAL DOCUMENTS.

   THESE ARE SERIOUS CRIMES OF WHICH I
AM VICTIM. HERE-IN, I'LL DO MY BEST TO
ACCURATLY REPORT THE INFORMATION FOUND
IN MY "LEGAL FILE" WHICH I HAVE SENT
YOU.

   FROM THE VERY FIRST PAGE OF MY FILE,
ORGANIZED ACCORDING TO DATE, IT IS
EVEDENT THAT STATE RECORDS HAVE
BEEN TAMPERED WITH. I HAVE SENT
YOU MY COMPLETE FILE (COPY) SO YOU
GET A COMPLETE GRASP OF THE FULL
SCOPE OF THESE INJUSTICES AND THE
REASON THE STATE WOULD FALSIFY RECORDS.
I PRAY FOR YOUR PATIENCE IN READING
THE COMPLETE FILE, IN ORDER.

   ON PAGE ONE — THE FIRST 3 PAGES ARE
THE CASE INFORMATION. WE SEE ON PAGE
ONE THAT THE STATES ATTORNEY IS PETER
GILMAN AND THE DEFENSE COUNSEL IS
LUIS SOROLA. I BELIEVE THIS IS ACCURATE.
THE CHARGE IS RATHER EMBARRASSING,
BUT I'M INNOCENT, I ASSURE YOU.



② 12-9-14

...NOW — JUMP AHEAD TO THE RESPONDANTS MOTION TO STAY (IN MY FEDERAL CASE) DATED 12-12-13. SEE EXIBIT 'B'. NOTICE ON PAGE **1** THE STATES ATTORNEY'S NAME HAS BEEN CHANGED TO BRIAN ERSKINE. THE 197Ith DISRICT COURT IN BROWNSVILLE IS A NICE LITTLE "KANGAROO COURT" WITH A ~~REGUA~~ REGULAR D.A. AND ~~A~~ 2 REGULAR DEFENSE ATTORNEYS THAT "RAILROAD" CONTESTANT AFTER CONTESTANT IN THE MOST SHAMEFUL COURT ROOM YOU'LL EVER SEE. BY READING THE 11.07 APPLICATION DATED "NOV OF 2013" (WHICH I DID NOT FILE AS OF YET, THE "OUT OF TIME APPEAL") IN ITS ENTIRETY — YOU CAN SEE WHY THE JUDGE WOULD WANT TO PROTECT HER "REGULARS" NOW THAT THE FED IS INVOLVED.

NOW — BACK TO EXHIBIT 'B' (12-12-13). THE EVENTS LISTED SHOW THE APPOINTMENT OF SANTIAGO GALARZA AS DEFENSE COUNSEL ON 7-27-12. NO WHERE IN THE "EVENTS" DO WE SEE THE APPOINTMENT OF MR. SOROLA.

TO GET A FULL APPRECIATION OF THIS MANIPULATION — PLEASE READ "MY STORY" STARTING ON THE 4Ith PAGE OF MY FILE. (18 PAGES) — NOW... BACK TO EXIBIT 'B'...

③

12-9-14

...THERE NEVER WAS ANY ~~ARRAIN~~ ARRAIGNMENT
ON 8-7-12. HERE MR. GALARZA FAILED TO
SHOW — COURT WAS RESCHEDULED. THESE ARE 3
FALSE ~~ENT~~ ENTRIES TO THE DOCKET.

LIKEWISE THERE WAS NO PSYCHIATRIC
EVALUATION — IN COURT OR OTHERWISE (ALSO
NO COMPETANCY HEARING) ON 9-4 OR 9-5.
ANOTHER FALSE ENTRY.

SKIP AHEAD TOWARD THE END OF THE
FILE TO A LETTER FROM THE COURT
REPORTER (AN HONEST WOMAN) AND THE
3 PAGES FOLLOWING — THE "DOCKET SHEETS".
NOTICE THESE FALSE ENTRIES AND   (8-28-14)
WHO INITIALED THEM. IT APPEARS TO
BE THE "COURT ADMINISTRATOR". NEXT
SEE THE LETTER FROM THE COURT REPORTER
DATED 10-23-14 AND MY LETTERS DATED
10-10 AND 11-12-14.

NEXT I'D LIKE TO DISCUSS THE FIRST
FRAUDULENT DOCUMENTS THAT I RECIEVED
FROM THE COURT... DATED 9-11-13. I
GO INTO THIS IN GREAT DETAIL IN THE
"ANNEX" TO MY OUT OF TIME APPEAL (THAT I
NEVER FILED YET) TITLED "THE MYSTERY OF
THE FRAUDULENT DOCUMENTS". I WONDER
WHAT EXACTLY WAS "SCANNED" ON 9-11-13.



12-9-14

NOW, MAY I DISCUSS THE FALSIFIED FEDERAL DOCUMENTS. THE U.S. DISTRICT COURT IN BROWNSVILLE HAS BEEN "NOBLE" HERE IN THE END..."MAJISTRATE MORGAN" WITHDREW FROM MY CASE. ALLOW ME TO EXPLAIN... (5-2-14)

I FILED MY "2254", SEE LETTER DATED 10-11-13. NOTICE JUDGE MORGAN IS LISTED AS THE MAJISTRATE. I NEVER AGREED TO HAVE MY CASE HEARD BY A MAJISTRATE. THEN NOTICE THE ORDER DATED 10-16-14. (AND THE STATE STILL HAS NOT SURRENDERED ANY RECORDS.) SEE THE LETTER TO MAJISTRATE MORGAN DATED 4-24-14. FOLLOW ALONG IN THIS LETTER TO THE ACCOMPANYING DOCUMENTS. MAJISTRATE MORGAN HAS COMMITTED MORE THAN ONE "FEDERAL OFFENSE." THIS IS THE FIRST CHANCE I'VE HAD TO REPORT THIS.

ALSO IN QUESTION IN THE FEDERAL RECORDS ARE THE MOTIVES OF JUDGE HILDA TAGLE AND "RAMOS" UP IN CORPUS CHRISTIE... SEE DOCUMENTS DATED 12-24-13, 1-9-14, 1-19, 1-21, 1-22, 1-30, 3-31, 4,24.

ALSO...



12-9-14

...IN QUESTION IS WHETHER OR NOT THE ASSISTANT ~~DIST~~ ATTORNEY GENERAL JOHN MEADOR HAS BROKEN THE LAW BY FALSIFYING MUCH OF THE MOTION DATED 4-4-14. THIS REALLY NEEDS TO BE TAKEN IN WITH THE CONTEXT OF THE ENTIRE FILE. (SEE MY REBUTTLE : 7-29-14)

I'D LIKE TO ADD... PLEASE VIEW THE LETTER FROM THE COUNTY CLERK DATED 9-20-13... AND THE LETTER DATED 12-12-13 (EXIBIT 'A') WHO IS THIS CLERK?

THIS IS ALL I FEEL MUST BE REPORTED TO LAW ENFORCEMENT OFFICIALS AT THIS TIME BY ME. AGAIN THIS IS THE FIRST CHANCE I'VE HAD TO REPORT THESE CRIMES. FAILURE TO REPORT A KNOWN CRIME IS A CRIME. PLEASE REMEMBER THAT. THANK YOU.

— RESPECTFULLY

Scott W. Hess

ANNEX

5-22-15

## STATEMENT UPDATE
### SUPPLIMENTAL.

ON 5-18-15 I RECIEVED A COPY OF MY STEP 2 GRIVENCE BACK FROM THE GRIEVANCE OFFICE HERE AT THE MICHAEL UNIT. (AND 2 ATTACHMENTS). (SEE MY ATTACHMENT 'G')

AS YOU CAN SEE BY READING MY STEP 2 THAT I SENT ON 4-20-15... THE GRIEVANCE OFFICE IS STILL GIVING ME THE PREVERBIAL "RUN AROUND". NOW THEY CLAIM THEY DID RECIEVE MY STEP ONE, THAT THERE WAS SOMETHING WRONG WITH IT, AND IT WAS RETURNED TO ME. THIS CANNOT BE TRUE, AS THEY ANSWERED MY I-60 THAT I SENT ON 4-17 SAYING THAT MY STEP ONE WAS NEVER RECIEVED. HOWEVER I CLAIM THAT I DID IN FACT SEND IT IN ON 3-1-15!

I DONT HAVE TIME TO PLAY GAMES ANYMORE WITH THIS LOCAL GRIEVANCE OFFICE. BEFORE I FILE A "1983" LAW-SUITE AGAINST T.D.C.J., I WANT TO GIVE THE GRIEVANCE OFFICE "IN HUNTSVILLE" A FAIR OPPORTUNITY TO RESPOND PROPERLY AND MAKE CERTAIN THAT I HAVE IN FACT EXHAUSTED MY REMEDIES WITH T.D.C.J. OFFENDER GRIEVANCE PROCESS. THANK YOU.

_Scott W. Hess_

ATT. PAM KIRPATRICK
4-20-14

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER
GRIEVANCE FORM**

Offender Name: Scott Hess          TDCJ # 1841004

Unit: MICHAEL      Housing Assignment: 18-5-84

Unit where incident occurred: MICHAEL

**OFFICE USE ONLY**

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

I FILED A STEP ONE GRIEVANCE MARCH 1ST 2015
I WAITED 40 DAYS AND SENT AN I-60 IN
ASKING WHAT HAPPENED TO MY GRIEVANCE. I
GOT BACK THE I-60 THIS PAST FRIDAY ~~(ISSUE)~~
4-17 CLAIMING THAT MY STEP ONE WAS NOT
RECIEVED. I HAVE SOME FALSIFIED COURT
DOCUMENTS THAT NEED TO BE COPIED AND
PROPERLY REPORTED TO AUTHORITIES. I'VE BEEN
GETTING THE RUN AROUND FROM CRIME
STOPPERS IN HUNTSVILLE... O.I.G. AND NOW
THE GRIEVANCE OFFICE (AGAIN) MAY I STATE
FOR THE RECORD, MS. KIRPATRICK, THAT
KNOWLEDGE OF A FELONY AND FAILURE TO
REPORT IT PROPERLY AND TIMELY IS ALSO
A FELONY... LIKE AN "ACCOMPLICE" OR "AIDING
AND ABEDDING". IT'S A FELONY TO FALSIFY
STATE DOCUMENTS — AND IT IS A "FEDERAL
OFFENSE" TO ~~(xxxx)~~ FALSIFY FEDERAL COURT
DOCUMENTS. I HAVE BOTH. NOW — I WANT
YOU TO STOP QUOTING ~~(xxxxx)~~ POLICY AND
HELP ME REPORT THESE CRIMES.

I-128 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

APR 27 2015     Appendix G

# Texas Department of Criminal Justice
## INSTRUCTIONS ON HOW TO WRITE AND SUBMIT GRIEVANCES

1. *Grievance forms are available from the law library, housing area, shift supervisors, or by contacting the unit grievance office.* After completely filling out the form, place it in the grievance box yourself or give it to the grievance investigator on your unit.

2. An attempt to informally resolve your problem must be made before filing a grievance. *Informal resolution* is defined as any attempt to solve the issue at hand and must be noted on the Step 1 grievance form (I-127). You have 15 days from the date of the alleged incident or occurrence of the issue presented in which to complete the Step 1 grievance form and forward it to the Unit Grievance Investigator (UGI). The Step 1 process may take up to 40 days from the date the unit grievance office receives the Step 1 form to respond. If you are not satisfied with the Step 1 response, you may appeal the Step 1 decision by filing a Step 2 (I-128). You have 15 days from the date of the Step 1 signature to submit the Step 2 to the grievance investigator on the unit. The Step 2 process may take up to 35 days to provide you a written response. *Present only one issue per grievance and do not repeatedly grieve the same issue.*

3. *Additional time* may be required in order to conduct an investigation at either Step 1 or Step 2 and in either case; you will be *notified of the extension in writing.* Also, you may request that your grievance be withdrawn at any time during the process and the unit grievance investigator can help you with these procedures.

4. *Complete your grievance in dark ink or type if possible. If you need any assistance filing a grievance or understanding a response contact your unit grievance investigator.*

5. *The following issues are grievable through the Offender Grievance Procedure.* Remember that you may only file a grievance on issues that PERSONALLY APPLY TO YOU.
   - The interpretation or application of TDCJ policies, rules, regulations, and procedures.
   - The actions of an employee or another offender, including denial of access to the grievance procedure.
   - Any reprisal against you for the good faith use of the grievance procedure or Access to Courts;
   - The loss or damage of authorized offender property possessed by persons in the physical custody of the Agency, for which the Agency or its employees, through negligence, are the proximate cause of any damage or loss.
   - Matters relating to conditions of care or supervision within the authority of the TDCJ, for which a remedy is available.

6. *You may not grieve*:
   - State or Federal Court decisions, laws and/or regulations;
   - Parole decisions;
   - Time-served credit disputes (these issues should be directed to the Classification and Records, Time Section);
   - Matters for which other appeal mechanisms exist;
   - Any matter beyond the control of the Agency to correct.

7. *Grievances that do not meet the following established screening criteria will be returned to you unprocessed*; however, most grievances may be corrected and resubmitted within 15 days from the signature date on the returned grievance.
   - Grievable time period has expired. (Step 1 grievances must be submitted within 15 days from the date of incident and Step 2 Appeals must be submitted within 15 days from the date of the signature on the Step 1.)
   - Submission in excess of 1 every 7 days. (All grievances received in the grievance office will be reviewed; however, only One grievance will be processed every Seven days [with the exception of disciplinary, specialty, and emergency grievances.]
   - Originals not submitted. (Carbon copies are not considered originals even if they have an original signature. The original answered Step 1 must be submitted with a Step 2 Appeal.)
   - Inappropriate/excessive attachments. (Your grievance must be stated on one form and in the space provided. Attach only official documents such as I-60's, sick call requests, property papers, etc. that support your claim.)
   - No documented attempt at informal resolution. (You are required to attempt to resolve issues with a staff member prior to filing a grievance. Remember, the attempt must be documented in the space provided on the I-127 form.)
   - No requested relief is stated. (The specific action required to resolve the complaint must be clearly stated in the space provided.)
   - Malicious use of vulgar, indecent, or physically threatening language directed at an individual.
   - The issue presented is not grievable. (Refer to #6 above.)
   - The text is illegible/incomprehensible. (Write your grievance so that it can be read and understood by anyone.)
   - Inappropriate. (You may not ask for monetary damages or any form of disciplinary action against staff.)

   . *Do not use a grievance form to comment on the effectiveness and credibility of the grievance procedure; instead, submit a letter or I-60 to the Administrator of the Offender Grievance Program.*

APR 2 7 2015

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
Inter-Office Communication
**Administrative Review and Risk Management**
**Offender Grievance**

MAY 1 5 2015

---

TO: _____HESS, SCOTT_____

TDCJ# _____1841004_____

UNIT: _____MI_____

FROM:   Central Grievance Office _____          SUBJECT:  Improperly Submitted Grievance

---

Your documents received in this office have been reviewed and a response is indicated below.  Contact the warden, major, chief of classification or a security officer for issues you deem as an emergency. **If you need additional information or assistance, you may contact the Unit Grievance Investigator at your unit.**

☐ This Step 2 appeal cannot be processed without the corresponding original, answered Step 1 grievance.   The original, answered Step 1 must be attached to the Step 2 at the time of submission to your **Unit Grievance Investigator.**  Be advised; it is not permissible to mail your grievances to offices outside of your unit for processing.  All grievances are to be submitted to your **Unit Grievance Investigator.**  Submitting your grievances incorrectly may result in your grievable time to expire.

☐ Electronic records indicate that grievance # ------------is currently under review regarding these allegations. Please allow time for the grievance staff to process & complete these complaints.

☐ These issues have been reviewed at both steps of the grievance procedure. No other administrative remedies are available to you regarding the issue. Further action by this office is not warranted

☐ If you are not satisfied with the response you receive from a Step 1 investigation, you have the option of appealing to Step 2 within 15 days of the signature date on the Step 1 form. Policy requires that **all** grievances be submitted through your **Unit Grievance Investigator.**

☐ Policy requires that **all** grievances be submitted through your **Unit Grievance Investigator** within 15 days of the applicable date. It is not permissible to mail your grievances directly to the Central Grievance Office. Submitting your grievances incorrectly may result in your grievable time to expire.

☒ You may not submit a Step 2 appeal on a Step 1 grievance that was screened using one of the screening criteria, and returned to you unprocessed. You had the option of correcting the screened grievance and resubmitting to the unit grievance investigator within 15 days from the date of the returned grievance. If you feel that your Step 1 grievance has been screened in error, you may submit a new Step 1 grievance to the Unit Grievance Investigator.

☐ This Step 2 appeal is being returned to you without action; however, the unprocessed Step 1 grievance is under review.

☐ This issue is currently under review at Step 2 and being addressed.

☐ This Step 2 appeal cannot be processed without the corresponding original, answered Step 1 grievance. Policy requires that **all** grievances be submitted through your **Unit Grievance Investigator** within 15 days of the applicable date. It is not permissible to mail your grievances directly to the Central Grievance Office. Submitting your grievances incorrectly may result in your grievable time to expire.

☐ This issue is currently being addressed in grievance # _____. If you are not satisfied with the Step 1 response, at that time you may appeal the Step 1 decision by filing a Step 2 (I-128) through your **Unit Grievance Investigator** within 15 days of the applicable date.

☐ A copy of the Instructions on How to Write and Submit Grievances is enclosed for your information.

11/7/14