PRIORITY MAIL
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF C...

FROM:
Scott Hoss # 1841004
Michael Unit
2664 FM 2054
Tennessee Colony, Texas
75886

TO:
Clerk
US District Court
P.O. Box 61010
Houston Texas 77208

U.S. POSTAGE
PAID
PALESTINE, TX
75803
JUN 12, 15
AMOUNT
$0.00
00115930-06
77208
1006

UNITED STATES POSTAL SERVICE

UNITED STATES POSTAL SERVICE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

Expected Delivery Day: 06/15/15

USPS TRACKING NUMBER

This envelope is made from post-consumer waste. Please recycle – again.