① 15CV1759    8-5-15

## PLAINTIFFS MORE DEFINATE STATEMENT

United States Courts
Southern District of Texas
FILED
AUG 25 2015
David J. Bradley, Clerk of Court

Q.1) THE ALLEGED <u>PERSONAL INVOLVEMENT</u> OF EACH DEFENDANT IN ANY INCIDENT THAT RESULTED IN A VIOLATION OF YOUR RIGHTS. BE SPECIFIC AS TO <u>PERSONAL</u> INVOLVEMENT.

A. TDCJ OFFICIALS WERE VERY CAREFUL TO SEND ME CORRISPONDANCES THAT WERE FROM A DEPARTMENT — AND BORE NO NAME OR SIGNATUER. I INITIATED CONTACT WITH THE HEAD OF @ 3 DEPARTMENTS. "CRIME STOPPERS", "OFFICE OF INSPECTOR GENERAL" AND

- THE GRIEVANCE OFFICE — ALL 3 IN HUNTSVILLE. YOU ALREADY HAVE THE UNSIGNED RESPONSES FROM "CRIME STOPPER" AND "O.I.G." AND I DID NOT RECIEVE ANY PROPER RESPONSE FROM THE
- GRIEVANCE SUPERVISOR.

Q. 2) DID PLAINTIFF FILE STEP 1 AND STEP 2 GRIEVANCES CONCERNING EACH CLAIM RAISED IN THIS LAWSUIT?

A. YES.

Q. 4) IF SO, PLAINTIFF IS ORDERED TO SUBMIT THE GRIEVANCES TO

- the court with the response to this questionaire.

A. I did file a step one grievance with the grievance office at my former unit... but it was ignored - and never returned

- to me. So I waited the necessary amount of time - and then submitted my step 2 grievance - which was returned to me. I sent it in with my original complaint to you already. You should have it.

- Q. 5) What is, in one or two sentances, your basic claim?

④ 8-5-15

A. "I'M ALLEGING "CRUEL AND UNUSUAL PUNISHMENT" BECAUSE T.D.C.J. HAS AN AVENUE TO REPORT OUTSIDE CRIME - BUT NOT IF THE PERPITRAITORS" ARE COURT OFFICIALS OR LAWYERS. I AM NOT PERMITTED JUSTICE OR PEACE OF MIND DUE TO <u>MANY</u> FALSIFIED COURT DOCUMENTS THAT I'VE BEEN RECIEVING + I WANT THIS ALL REPORTED TO THE APPROPRIATE LAW ENFORCEMENT AGENCIES... AND I AM SEEKING PUNITIVE DAMAGES FROM T.D.C.J. FOR MY "<u>MOUNTAIN</u>" OF DISTRESS.

Q. 6) ARE YOU CLAIMING THAT MEDICAL PERSONELL ARE VIOLATING YOUR CONSTITUTIONAL RIGHTS?

A. <u>NOT</u> IN THIS PARTICULAR MATTER. I BELIEVE THE PSYCH. DEPT. STAFF DID THE CORRECT THING BY REPORTING THIS "ONGOING ABUSE OF A DISABLED ELDERLY PERSON" TO THE RESPECTIVE O.I.G. OFFICERS AT THE RESPECTIVE UNITS. AFTER THAT — IT IS "OUT OF THIER HANDS" THEY SAY. BUT I WAS NEVER ALLOWED ANY CONTACT WITH ANY O.I.G. OFFICER

Q. 8) WHAT CONSTITUTIONAL RIGHTS

ARE YOU CLAIMING THE DEFENDANTS ARE VIOLATING.

A. "CRUEL AND UNUSUAL PUNISHMENT" – MUCH, MUCH, PSYCHOLOGICAL DISTRESS. IMMAGINE A CRIME WAS COMMITTED AGAINST YOU – AND REPEATEDLY – AND YOU WERE NOT ALLOWED TO REPORT IT THROUGH ANY CHANNELS AT ALL.

Q. 9) HAS ANY STATE OR FEDERAL COURT EVER ISSUED AN ORDER BARRING YOU FROM FILING ANY OTHER LAW-SUITS UNTILL CERTAIN CONDITIONS WERE MET, SUCH AS JUDICIAL APPROVAL

OR PAYMENT OF FINE OR SANCTION?

A. NO.

Q. 10.) HAVE ANY OF YOUR LAWSUITS BEEN DISMISSED AS FRIVOLOUS, MALICIOUS, DUPLICATIVE, SUCCESSIVE, REPETITIVE OR FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED INCLUDING BUT NOT LIMITED TO, CASES UNDER 28 U.S.C. § 1915?

A. NO.

Q. 11.) LIST ALL LAWSUITS, OF ANY NATURE, YOU HAVE EVER FILED IN STATE AND FEDERAL COURT, INCLUDING THE CASE NUMBER, FULL CASE NAME, INCLUDING

ALL PARTIES, TYPE OF CASE AND THE OUTCOME.

A. IN STATE COURT I FILED 2012-DCR-1617-C. "EXPARTE SCOTT HESS". MYSELF AND A DIRECTOR OF T.D.C.J. (GIVENS) (11.07)

IN FEDERAL COURT: I FILED 1:13 cv-190 "SCOTT WILLIAM HESS V. GIVENS" (WARDEN). MYSELF AND WARDEN GIVENS — (CASE LATER WAS RENAMED — "SCOTT WILLIAM HESS V. WILLIAM STEPHENS, DIRECTOR. THIS CASE IS PENDING.

ALSO... IN FEDERAL COURT I FILED CIVIL ACTION 2:14-CV-480. SCOTT HESS V. FONG... THIS IS ABOUT MEDICAL

⑨                                              8-5-15

- MALPRACTICE. MR FONG IS A PHYSICIAN'S ASSISTANT AT U.T.M.B. ALSO. THERE IS A RECORD OF A CASE BEING FILED AT THE U.S. DISTRICT COURT IN CORPUS CHRISTIE - AND A SUBSEQUENT CASE OPENED AT
- THE U.S. DISTRICT COURT (A TRANSFER), HOWEVER I ~~DO~~ DID NOT FILE EITHER OF THESE CASES ON MY OWN. PLEASE READ ATTACHED "REBUTTLE TO COURT REPORTERS TRANSCRIPTS" FOR A FULL EXPLAINATION OF THESE
- TWO "IMMAGINARY CASES" THAT I NEVER FILED. (SEE ATTACHMEN #8 OF THIS REBUTTLE.)

(11) 8-5-15

- NUMBERS LISTED, IDENTIFY THE PARTICULAR INSTITUTION THAT ASSIGNED THE NUMBER

A. I ONLY HAVE MY ONE AND ONLY T.D.C.J. I.D. NUMBER AT THIS TIME... 01841004. I'VE HELD NO OTHER
- NUMBER ECEPT AT THE CAMERON COUNTY JAIL (TEXAS). AND I DO NOT FIND THIS NUMBER IN ANY OF MY RECORDS. AND I HAVE NO WAY OF FINDING OUT WHAT THAT NUMBER IS.

-