①

8-4-15

REBUTTLE TO COURT REPORTER'S TRANSCRIPTS.

TO: U.S. DISTRICT COURT - HOUSTON, TX.

FROM: SCOTT HESS. TX. INMATE 1841004
        HIGHTOWER UNIT

United States Courts
Southern District of Texas
FILED

AUG 2 5 2015

David J. Bradley, Clerk of Court

RE: CIVIL ACTION H-15-1759

IN THE TRANSCRIPT OF 9-14-12, IN THE ADMONISHMENTS BY JUDGE MIGDALIA LOPEZ, I NOTICED RIGHT AWAY THAT A STATEMENT THAT I KNOW IS SUPPOSED TO BE INCLUDED HAS BEEN OMITED. HERE JUDGE LOPEZ STATES CLEARLY THAT MY "GUILTY PLEA WAIVES MY RIGHT TO APPEAL". THIS WOULD BE JUDICIAL MISCONDUCT IF THE REPORTER HAD NOT LIED.

THIS ALERTED ME TO GO THROUGH THE TRANS-SCRIPTS VERY CAREFULLY — AND I SEE THAT MUCH OF WHAT IS RECORDED — NEVER ACTUALLY WAS SAID IN THE COURTROOM.

THESE FALSE ENTRIES ALL HAVE A COMMON THREAD. THE REPORTERS GO "OVERBOARD" TO SHOW THAT MY APPOINTED COUNSEL IS THE ONE THAT MADE SPECIAL EFFORT TO MAKE SURE



THAT MY QUESTIONABLE MENTAL STATE—
BOTH AT THE TIME OF MY ARREST AND IN
COURT—WAS SUFFICIENTLY ADRESSED. ALL THIS
IS NO SUBSTITUTE FOR A "BONAFIED" AND
AUTHENTIC PSYCHIATRIC EVALUATION.

IN 3 PLACES THERE ARE 3 BLATENT
LIES. THE FIRST OBVIOUS LIE BY THE
REPORTER IS FOUND IN THE RECORD FROM
9-14-12. MR. SOROLA — MY APPOINTED COUNSEL
IS QUOTED AS SAYING, ON LINE 11 AND 12
ON PAGE 9, THAT HE SPOKE WITH ME ON
"SEVERAL OCCASIONS". THIS IS EITHER A LIE
BY MR. SOROLA OR THE COURT REPORTER
KARY RICHARDSON. IT HAS TO BE ONE
OR THE OTHER, AS WE SEE THAT THERE WAS
ONLY ONE OTHER OCCASION THAT MR. SOROLA
HAD A CHANCE TO TO SPEAK WITH ME - ON
9-5-12. THERE IS NO RECORD OF HIM EVER
SPEAKING TO ME - OR BEING WITH ME - AT
ANY OTHER TIME. HE DID NOT VISIT ME IN
THE COUNTY JAIL ... NOTHING!

THEN WE SEE THE ACCOUNT OF COURT
REPORTER SUE CHENEY ON 10-10-12. SEE
PAGE 4, LINE 18+19 ... MR. SOROLA IS
QUOTED AS SAYING - "MY CLIENT HAS PLEAD
GUILTY FROM THE VERY BEGINNING". THIS
DOES NOT "JIVE" WITH THE ENTRIES OF THE
DOCKETT. (SEE ATTACHMENT 1).

WE SEE AN ENTRY BY "N.A." SUPPOSEDLY ON 8-7-12... HERE I PLEAD NOT GUILTY. SO WHICH IS TRUE? THEN ON ANOTHER VERSION OF THE DOCKETT (SEE ATTACHMENT 2) ON 9-14-12... THE RECORD SHOWS ME PLEADING "NOLO CONTENDRE". WHAT MAY SEEM TO BE HARMLESS ERRORS ARE IN FACT ATTACKS ON TRUTH — THAT MATTERS QUITE A BIT!

AND IN THE TRANSCRIPTS FROM 10-10-12, ON LINE 20, MY ATTORNEY, MR. SOROLA, IS QUOTED AS SAYING — "I" HAD THE DEFENDANT EVALUATED BY DR. MURON.

IN THE FIRST PLACE, DR. MURON IS NOT A LICENSED PSYCHIATRIST — BUT MEARLY A PSYCHOLOGIST. (MY PROBLEM IS A MEDICAL ONE) AND IN THE 2ND PLACE THE DATE OF THIS INSUFFICIENT EXAM WAS IN FACT BEFORE MR. SOROLA WAS EVER APPOINTED TO ME — IN COURT, AS STATED ON THE DOCKETT SHEET ON 9-5-12. THIS WAS MY FIRST "ACTIVE" APPEARANCE.

AND JESSICA CARIZALES - "J.C." - IS THE COURT COORDINATOR WHO LOGS MY 3 ACTIVE APPEARANCES AS BEING ON 9-5-12, 9-14-12, AND 10-10-12. (AGAIN SEE ATTACHMENT 1) WHOEVER HAS THE INITIALS N.A. (ASSUMABLY THE COURT ADMINISTRATOR) HAS FALSIFIED THIS DOCKETT.



THE DOCKETT SHEETS IN ATTACHMENT 2 REFLECT THESE FALSE ENTRIES.

IT WAS ON 9-5-12 THAT MY COUNSEL TOLD ME THAT I HAD "MADE A CONFESSION" IN MY EARLIER EVALUATION WITH DR. MURON. I KNEW THAT WASN'T RIGHT. I CLEARLY EXPLAINED TO DR. MURON, AND THIS WAS IN FACT TAPE RECORDED, THAT THIS WAS A COMPLETELY INADVERTANT ACT.

IT IS PLAIN TO SEE ~~FRO~~ JUST FROM THESE 3 MISTAKES - THESE 3 IMPORTANT MISTAKES RUINS THE CREDIBILITY OF THE 197ᵗʰ DISTRICT COURT.

MR. SOROLA NEVER SAID THAT HE SPOKE TO ME ON "SEVERAL OCCASIONS". HE NEVER SAID THAT I HAD "PLEADED GUILTY FROM THE VERY BEGINNING". NOR THAT IT WAS HIS DOING THAT I HAD THE INTERVIEW WITH DR. MURON... HE COULDN'T HAVE... HE WAS APPOINTED AFTER THE, "SO CALLED" EXAM.

MR. SOROLA DID NOT LIE IN COURT ON 9-14-12 AND 10-10-12. BUT HE DID HAVE A HAND IN "TRICKING" ME INTO MAKING AN OPEN GUILTY PLEA - EXPOSING ME TO THE MAXIMUM PUNISHMENT

WHICH I DID RECIEVE FROM JUDGE
LOPEZ. (SEE ATTACHMENT #3)

OK. LETS GET BACK TO ATTACHMENT ONE.
I DON'T DISPUTE THE FIRST ORDER MADE ON
7-15-12 BY "N.A"... HOWEVER THE SECOND
ORDER IS <u>COMPLETELY FABRICATED</u>. I
HAD NO ATTORNEY AT THAT TIME. MY
ORIGINAL COURT APPOINTED ATTORNEY,
MR. GALARZA, FAILED TO SHOW ON 3
OCCASIONS. THE LAST BEING ON 9-5-12 —
THE DAY THE COURT APPOINTED MR.
SUROLA (A REGULAR IN JUDGE LOPEZ'
COURTROOM)

THE 9-5-12 ENTRY BY "J.C." IS
CORRECT. NO WHERE DO WE SEE <u>ANY</u>
MENTION OF A PSYCHE. EVALUATION. THIS
WAS <u>NOT</u> MENTIONED IN THE COURT ON
THIS DAY. THIS WAS JUST A PLAIN
"STATUS HEARING". AND <u>NOT</u> A "STATUS
HEARING ON PSYCHIATRIC EVALUATION
AND REPORT" THE FIRST TIME I SAW
THESE WORDS WERE WHEN I WAS
HANDED THIS COPY OF THE TRANSCRIPTS
ON 7-13-<u>15</u>... ONLY DAYS AGO!

BOTH REPORTERS ~~TRANSCRIPTS~~ HAVE FALSIFIED
THESE TRANSCRIPTS (A FELONY). IN PAGE 4
LINE 18... ALSO PAGE 5 LINE 12+13 FROM



THE 9-5-12 ACCOUNT... WHERE MR. SOROLA IS QUOTED AS MENTIONING A PSYCHE. EVALUATION REPORT.

AND ON THE ACCOUNT OF 9-14-12 - I'D LIKE TO POINT OUT EVEN MORE LIES. ON PAGE 3 WE SEE AN ATACHMENT FROM DETECTIVE DAVID NAVARRO - THEN SEE STATE'S EXHIBIT #2 ON THE LAST PAGE. THIS HAS BEEN FALSIFIED! THERE ARE <u>NO</u> WITNESS STATE- MENTS, ON VIDEO OR OTHERWISE. THIS GAMBLER IS <u>BLUFFING</u>! HE FALSIFIED THIS SUPPLIMENTAL REPORT. THIS IS ONE REASON I CAN'T GET MY CLERK RECORDS FROM THE 197<u>TH</u> DISTRICT COURT. IF THEY WERE TO SURRENDER THE CLERKS RECORDS - IT WOULD ONLY PROVE ME RIGHT!

AND THE DATE AND SCOPE OF THIS "SUPPOSED" PSYCHIATRIC EVALUATION WOULD BE THE DEMISE OF THE STATE'S CASE AGAINST ME. THE PSYCHOLOGICAL INTERVIEW IS WHERE I'M ACCUSED OF MAKING A "CONFESSION" - <u>NOT TRUE</u>! AS I HAVE ALREADY EXPLAINED.

PLEASE SEE THE STACK OF LETTERS THAT I'VE WRITTEN ~~ATTEMPT~~ ATTEMPTING TO GET MY TRIAL COURT RECORDS AND TRANS- CRIPTS FREE - OR HAVE TRIED TO GET A PRICE TO PURCHASE THEM. (ATTACHMENT 4)

SO WHERE ARE THE CLERKS RECORDS?
MAGISTRATE MORGAN FROM THE U.S.
DISTRICT COURT IN BROWNSVILLE ORDERED
THE STATE TO SURRENDER THESE
RECORDS WAY BACK IN 2013. (SEE
ATTACHMENT "5".) SO... WHY AM I STILL
ENCARCERATED?

ALSO NOTICE THAT NOWHERE DO WE
FIND ANY ACCOUNT OF A COMPETANCY
HEARING.

NOW, BACK TO ATTACHMENT #1 ...
NOTICE THE ENTRY OF 9-14-12 BY "J.C."
IT SAYS "DEFENDANT ASKED TO BE
RE-ARRAIGNED"... NOT TRUE! I HAD NO
ARRAIGNMENT BEFORE THIS DATE.

THEN THIS SAME ENTRY STATES: "IT
CLEARLY APPEARING TO THE COURT
THAT THE DEFENDANT IS MENTALLY
COMPETANT..." IS THIS "OPINION" BASED
ON THE COURT REPORTERS EXPERTIS
IN PSYCHIATRY? MY DISABILITY IS
NOT VISABLE. AND I WAS IN A STATE
OF SHOCK AT THIS TIME — REALIZING
THAT I COULD ACTUALLY GO TO PRISON,
(ANXIETY ATTACK).

ANOTHER LOOK AT THESE TRANSCRIPTS

TELL US THAT MY DEFENSE COUNSEL - AND
EVEN THE JUDGE ARE TRAINED PROFFESSIONALS
IN PSYCHIATRY. NOT!

I WAS NEVER PROPERLY EVALUATED BEFORE
THIS SENTANCE WAS IMPOSED. A PROPER
PSYCHIATRIC EXAM IS DONE WITH A
~~XLICE~~ LISCENSED "PSYCHIATRIST" AND NOT
A MERE PSYCHOLOGIST. IT CONSISTS OF A
RATHER LENGTHY INTERVIEW AND INVOLVES
A WRITTEN QUESTIONAIRE AND A
COMPREHENSIVE DIAGNOSES IS ~~ASSESS~~
ASSESSED AT THIS TIME. THIS GENERALLY
TAKES AT LEAST AN HOUR... NOT FIVE
MINUTES!

LOOK AHEAD TO THE LAST ENTRY IN THIS
DOCKETT (ATTACHMENT ONE) ACCORDING TO
THIS... MY TWO LETTERS OF INQUIRY WERE
WRONGFULLY PRESUMED TO BE A 2ND
WRIT ATTEMPT WITH THE STATE. THEN
THE JUDGE ORDERS THAT MR. SOROLA BE
INVOLVED NOW. THE SAME ATTORNEY WHO
"BALED OUT" ON ME - RATHER THAN FILING
THE APPEAL LIKE HE PROMISED TO DO...
2 YEARS EARLIER. SO WHY HASN'T MR.
SOROLA TRIED TO EVEN CONTACT ME?

PLEASE ALLOW ME TO POINT OUT ONE MORE
"LITTLE PROBLEM" WITH THE DOCKETT (ATTACHMENT 2

LOOKING ON THE FIRST PAGE — NOTICE ON
6-20-12 JUDGE LEAL TRANSFERS MY CASE
OUT OF THE APPROPRIATE DISTRICT... TO
JUDGE LOPEZ... THE ONE WHO GAVE ME
THE MAXIMUM SENTANCE. AND INVOLVED
THE MEMBERS OF HER COURT — AND MY
DEFENSE COUNSEL (MR. SOROLA) IN A
LITTERAL "CONSPIRICY" NEGITIVELY AFFECTING
THE HEALTH AND WELFARE OF A ~~DISTA~~
DISABLED PERSON — ME!

THESE ARE ACTUAL "HATE CRIMES". "OFFICIAL
OPRESSION"... WHEN ANY OFFICIAL USES THEIR
POSISION TO OPRESS SOMEONE. AND I NEED
HELP FILING CHARGES.

TDCJ HAS THE APPROPRIATE AVENUES TO
REPORT OUTSIDE CRIME. IN FACT THE ENCOURAGE
INMATES TO "SNITCH" ON OTHER CRIMINALS IN
THE FREE WORLD. BUT NOT IF IT INVOLVES
THE COURTS AND ATTORNEYS. THIS IS THE
BASIS OF MY CLAIM AGAINST TDCJ.

I MMAGINE THE TORMENT OF BEING A VICTIM
— OVER AND OVER — OF THESE CRIMES AND NOT
HAVING ANY WAY TO REPORT THEM. I'M
REFERRING TO ALL THESE FALSIFIED DOCUMENTS.
AND I STILL CONTINUE TO RECIEVE EVEN
MORE FALSE DOCUMENTS. I WANT IT TO
STOP!! THIS IS CRUEL AND UNUSUAL PUNISHMENT

— BY DEFINITION. AND THE ONLY JUSTICE
IS TO REPORT THESE CRIMES PROPERLY
FOR ME. AND NOT JUST PASSING THE BUCK
AND PASSING ME OFF TO SOME OTHER
AGENCY. FAILURE TO REPORT A ~~TO~~ KNOWN
CRIME. AND I'M (RIGHTFULLY) PERSUING
PUNITIVE DAMAGES FROM T.D.C.J.

NOW — MAY I DISCUSS STATES EXHIBIT ONE
ATTACHED TO THESE TRANSCRIPTS. ON THE
FIRST PAGE OF THIS WRITTEN "WAIVER AND
CONSENT TO STIPULATION OF TESTIMONY,
WAIVER OF JURY, AND PLEA OF GUILTY."
SEE QUESTION #1 ... "I HAVE NEVER BEEN
TREATED FOR ANY MENTAL ILLNESS AND NO-
ONE HAS EVER SUGGESTED THAT I SHOULD
RECIEVE TREATMENT FOR ANY MENTAL
ILLNESS. I BELIEVE MYSELF TO BE MENTALLY
COMPETANT NOW AND SANE AT THE
TIME OF THE COMMISSION OF THE OFFENSE."
THEN NOTICE MY SIGNATURE ON PAGE #3.
DOES IT LOOK LIKE I KNEW WHAT THE
HECK I WAS SIGNING ? CERTAINLY NOT!
I'M THE ONE WHO REQUSTED MY OWN
PSYCHIATRIC EVALUATION IN FRONT OF THE
COURT - AND NOT ANY ATTORNEY ... I HAD
NO ATTORNEY AT THIS TIME !! WHY WOULD I
SIGN A STATEMENT TO THE CONTRARY ? THIS
DOCUMENT IS NULL AND VOID. I WAS TAKEN
ADVANTAGE OF BY THE COURT AND BOTH THE

ATTORNEYS APPOINTED FOR MY DEFENSE.
THE FIRST, MR GALARZA, WHO FAILED TO
SHOW UP ON 3 OCCASIONS. AND MR. SOROLA
WHO HAD ME SIGN A WAIVER THAT I
DIDN'T EVEN GET A CHANCE TO READ.

THESE ARE, IN FACT, HATE CRIMES - AND
I WANT THESE OFFENSES AGAINST ME
TREATED AND LABELED AS SUCH.

I FINALLY HAD A CHANCE TO READ THE
CONSTITUTION AND THE AMENDMENTS ONLY
DAYS AGO AT THIS NEW UNIT. AN ENTIRE
AMENDMENT DISCUSSES THE FACT THAT I AM
TO BE TRIED IN THE DISTRICT WHERE THE
ALLEGED OFFENSE OCCURED.

NOW, PLEASE SEE THE DOCKETT SHEET
(ATTACHMENT #2)... LOOK WHAT HAPPENED
ON 6-20-12. JUDGE JANET LEAL
TRANSFERS MY CASE TO ANOTHER
JURISTICTION. WHAT THE JUDGE IS PLAINLY
SAYING IS THAT SHE REFUSES TO TRY
THIS TYPE OF CASE. JUST LIKE THE
ATTORNEY MR. GALARZA. WOULD THESE
BE CONSIDERED HATE CRIMES? YES.

NOW - ON THE SUBJECT OF "HATE CRIMES"
LETS DISCUSS THE ASSISTANT ATTORNEY
GENERAL - JOHN MEADOR... THE LEAD

ATTORNEY FOR T.D.C.J. IN MY FEDERAL
HABIAS ACTION. (SEE ATTACHMENT 6)...
THIS IS A MOTION FOR "SUMMERY JUDGEMENT"
AGAINST ME. PLEAS TAKE THE TIME TO
READ THIS - AND MY REBUTTLE. (SEE
ATTACHMENT #7) CLEARLY THIS MAN
HAS IT IN FOR ME.

I ALSO IMPLY THAT A COLLUSION EXHISTS
BETWEEN MR. MEADOR AND THE U.S.
MAGISTRATE IN BROWNSVILLE, JUDGE MORGAN
... WHO I CONFRONTED IN A LETTER -
DATED 4-24-14. I ALSO INFORMED BOTH
PRESIDING JUDGES AT THE U.S. DISTRICT
COURT IN BROWNSVILLE REGARDING THIS
MATTER (SEE ATTACHMENT #8). AND
MAGISTRATE MORGAN DUES THE NOBLE
THING - AND RECUSES HIMSELF FROM
THIS CASE. (SEE ATTACHMENT #9).

NEXT - PLEASE SEE ATTACHMENT #10. THESE
ARE COURT PAPERS PREPARED BY THE
ASSISTANT DISTRICT ATTORNEY IN
BROWNSVILLE (CAMERON COUNTY) JENNIFER
AVEÑEDO. COMPARE THIS TO MY
REBUTTLE (ATTACHMENT 11). CLEARLY - THIS
WOMAN HAS PURPOSLY AND MALICIOUSLY
FABRICATED MOST OF THE FACTS IN
THIS COURT DOCUMENT.

TO GET A COMPLETE UNDERSTANDING
OF MY ALLEGATIONS... SEE MY LEGAL
FILE FOUND IN MY HABIAS ACTION
1:13-CV-190 AT THE U.S. DISTRICT
COURT IN BROWNSVILLE. ITEM 59, 62,
64 AND 66, MY COMPLETE FILE. IF
YOU'LL READ MY ATTACHMENTS TO
MY ~~ORIGINAL~~ "OUT OF TIME APPEAL"
THAT I DID ~~DID~~ NOT FILE... IT
IS CLEARER THE DILLEMMA I AM
IN.

     UNDER THE CIRCUMSTANCES-IT
WOULD BE PRUDENT FOR ME TO
MAKE A MOTION IN YOUR COURT FOR
THE STATE TO SURRENDER MY TRIAL
COURT RECORDS. (CLERK'S RECORDS)
SO YOU CAN SEE FOR YOURSELF THAT THIS
CONFIRMS MOST OF MY ALLEGATIONS
AGAINST THE TRIAL COURT. AND I'D
ASK THAT I BE SENT A COPY AS WELL.

     ALSO... AFTER MY ARREST ON 4-19-122
- IT WASN'T UNTIL 7-27-12 THAT I
WAS APPOINTED COUNSEL. (SEE ATTACHMENT)
AND IT WASN'T UNTIL 9-5-12 THAT I
ACTULLY HAD COUNSEL. (INSUFFICIENT COUNSEL
BY THE WAY). WHAT SHOULD HAVE HAPPENED
WOULD HAVE BEEN FOR JUDGE LOPEZ TO
DISMISS MY CASE AT MY FIRST COURT



APPEARENCE. BUT JUDGE LOPEZ MALICIOUSLY
DECIDED TO CONTINUE IN MY PROCEEDINGS.
THIS IS ALSO A HATE CRIME.

I HAVE ALSO ENCLOSED A COPY OF MY
COMPLAINT THAT I MADE TO THE "5TH
CIRCUIT COURT OF APPEALS" CONCERNING
THE JUDICIAL MISCONDUCT AT THE U.S.
DISTRICT COURT IN BROWNSVILLE... JUST
SO YOU CAN SEE HOW THE 197TH DISTRICT
COURT (HON. JUDGE MIGDALIA LOPEZ) HAS
CORRUPTED U.S. MAGISTRATE MORGAN.
AND HOW THIS LED TO FALSIFICATION
OF FEDERAL RECORDS BY MAGISTRATE
MORGAN AND HON. PRESIDING JUDGE
TAGLE AT THE U.S. DISTRICT COURT IN
BROWNSVILLE — AND HON. JUDGE
RAMOS IN CORPUS CHRISTIE.
SEE ATTACHMENT #(12).

I PRAY FOR JUSTICE IN ALL THESE
MATTERS.

I DECLARE UNDER PENALTY OF PURGERY
THAT THE STATEMENTS MADE IN THIS
COMPLAINT ARE TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.
SIGNED THIS 8TH DAY OF AUGUST, 2015.

*Scott W. Hevi*