```
 1                    REPORTER'S RECORD
 2                   VOLUME 1 OF 1 VOLUME
 3           TRIAL COURT CAUSE NO. 2012-DCR-1617
 4   - - - - - - - - - - - - x
                             :
 5   THE STATE OF TEXAS       :   IN THE DISTRICT COURT
                             :
 6                           :
                             :
     VS.                      :   CAMERON COUNTY, TEXAS
 7                           :
                             :
 8   SCOTT WILLIAM HESS       :   197TH JUDICIAL DISTRICT
                             :
 9   - - - - - - - - - - - - x
10
11   **********************************************
12       STATUS HEARING ON PSYCHIATRIC EVALUATION AND REPORT
13   **********************************************
14
15        On the 5th day of September, 2012, the following
16   proceedings came on to be heard in the above-entitled
17   and numbered cause before the Honorable Migdalia
18   Lopez, Judge Presiding, held in Brownsville, Cameron
19   County, Texas.
20        Proceedings reported by computerized stenotype
21   machine.
22
23
24                      COPY
25
```

```
 1                A P P E A R A N C E S

 2    Mr. Peter C. Gilman
      ASSISTANT COUNTY AND DISTRICT ATTORNEY
 3    SBOT No. 07952500
      Mr. Alejandro R. Perez
 4    ASSISTANT COUNTY AND DISTRICT ATTORNEY
      SBOT No. 24074878
 5    Cameron County Courthouse
      964 E. Harrison Street, 4th Floor
 6    Brownsville, Texas   78520
      Telephone:   (956) 544-0849
 7    Fax:   (956) 544-0869
      ATTORNEYS FOR THE STATE OF TEXAS
 8
      -AND-
 9
      Mr. Louis S. Sorola
10    LAW OFFICE OF LOUIS S. SOROLA
      SBOT No. 00794990
11    1999 W. Jefferson
      Brownsville, Texas   78520
12    Telephone:   (956) 504-2911
      Fax:   (956) 544-7766
13    ATTORNEY FOR THE DEFENDANT

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          VOLUME 1
 2     STATUS HEARING ON PSYCHIATRIC EVALUATION AND REPORT
 3     SEPTEMBER 5, 2012                              PAGE    VOL
```

| | PAGE | VOL |
|---|---|---|
| Announcements | 4 | 1 |
| Case Reset for September 14, 2012 at 9:00 a.m. | 5 | 1 |
| Adjournment | 5 | 1 |
| Certificate of Court Reporter | 6 | 1 |

```
 1                    P R O C E E D I N G S
 2                 (Open court, defendant present,
 3                 1:16 p.m.)
 4                    THE COURT:  Scott William Hess,
 5    2012-DCR-1617, Santiago Galarza.
 6                    Sir, who is your attorney?
 7                    THE DEFENDANT:  Santiago Galarza.
 8                    THE COURT:  You hired him?
 9                    THE DEFENDANT:  No.
10                    THE COORDINATOR:  He was probably
11    court appointed, Your Honor.
12                    THE COURT:  Was he court appointed
13    previously?  This is a motion to revoke?
14                    THE COORDINATOR:  This is on Hess?
15                    THE COURT:  Yes.
16                    THE COORDINATOR:  No, it's -- I have
17    it down for a --
18                    THE COURT:  [A psychiatric?]
19                    THE COORDINATOR:  Yes, a status
20    hearing.
21                    THE COURT:  Have we heard from
22    Mr. Galarza?
23                    THE COORDINATOR:  No.
24                    THE COURT:  Okay.  Have a seat, sir,
25    and we will look for your attorney.  Page him.
```

```
 1                  (Bailiff complied)
 2                  (Case recessed from 1:17 p.m. to
 3                  2:24 p.m.)
 4            THE COURT:  Mr. Sorola.
 5            MR. SOROLA:  Your Honor, I'm here with
 6   Mr. Hess, 2012-DCR-1617.
 7            THE COURT:  No. 34.
 8            MR. SOROLA:  Mr. Galarza was
 9   previously appointed.
10            THE COURT:  Yes.
11            MR. SOROLA:  He hasn't appeared or
12   talked to Mr. Hess. [Mr. Hess was evaluated and I
13   just got the report.]  I think Mr. Gilman and I can
14   work this out, but I'm going to need a little bit of
15   time.
16            THE COURT:  Okay.  We will give you
17   the time.
18            MR. SOROLA:  Just the next court date.
19            THE COORDINATOR:  Next Friday?
20            MR. SOROLA:  Next Friday is fine.
21            THE COORDINATOR:  September 14 at
22   9:00.
23            MR. SOROLA:  9/14 at 9:00.
24                  (The hearing was concluded at
25                  2:25 p.m.)
```

```
 1  THE STATE OF TEXAS:
 2  COUNTY OF CAMERON:
 3       I, KARY RICHARDSON, Official Court Reporter in
 4  and for the 197th Judicial District Court of Cameron
 5  County, State of Texas, do hereby certify that the
 6  above and foregoing contains a true and correct
 7  transcription of all portions of evidence and other
 8  proceedings requested in writing by counsel for the
 9  parties to be included in this volume of the
10  Reporter's Record, in the above-entitled and numbered
11  cause, all of which occurred in open court or in
12  chambers and were reported by me.
13       I further certify that this Reporter's Record of
14  the proceedings truly and correctly reflects the
15  exhibits, if any, admitted by the respective parties.
16       WITNESS MY OFFICIAL HAND on this the 17th day of
17  June, 2015.
18
19            _____Kary Richardson_____
              KARY RICHARDSON, Texas CSR 1952
20            Expiration Date:  12/31/2016
              Official Court Reporter
21            197th District Court
              Cameron County, Texas
22            974 East Harrison Street
              Brownsville, Texas 78520
23            (956) 544-0874
24
25
```

1

REPORTER'S RECORD

VOLUME 1 OF 1 VOLUME

TRIAL COURT CAUSE NO. 2012-DCR-1617

```
-------------x
                         :
THE STATE OF TEXAS       :   IN THE DISTRICT COURT
                         :
                         :
VS.                      :   CAMERON COUNTY, TEXAS
                         :
                         :
SCOTT WILLIAM HESS       :   197TH JUDICIAL DISTRICT
                         :
-------------x
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLEA OF GUILTY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   On the 14th day of September, 2012, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Migdalia Lopez, Judge Presiding, held in Brownsville, Cameron County, Texas.
   Proceedings reported by computerized stenotype machine.

COPY

```
 1                    A P P E A R A N C E S

 2      Mr. Peter C. Gilman
        ASSISTANT COUNTY AND DISTRICT ATTORNEY
 3      SBOT No. 07952500
        Mr. Alejandro R. Perez
 4      ASSISTANT COUNTY AND DISTRICT ATTORNEY
        SBOT No. 24074878
 5      Cameron County Courthouse
        964 E. Harrison Street, 4th Floor
 6      Brownsville, Texas   78520
        Telephone:  (956) 544-0849
 7      Fax:  (956) 544-0869
        ATTORNEYS FOR THE STATE OF TEXAS
 8
        -AND-
 9
        Mr. Louis S. Sorola
10      LAW OFFICE OF LOUIS S. SOROLA
        SBOT No. 00794990
11      1999 W. Jefferson
        Brownsville, Texas   78520
12      Telephone:  (956) 504-2911
        Fax:  (956) 544-7766
13      ATTORNEY FOR THE DEFENDANT

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         VOLUME 1

 2                       PLEA OF GUILTY

 3   SEPTEMBER 14, 2012                          PAGE       VOL

 4   Defendant Adjudicated Guilty and a
     Presentence Investigation Report Ordered     11         1
 5
     Punishment set for October 10, 2012
 6   at 1:00 p.m.                                 12         1

 7   Adjournment                                  12         1

 8   Certificate of Court Reporter                13         1

 9                      INDEX OF EXHIBITS

10   STATE'S EXHIBITS:

11   NO.   DESCRIPTION              OFFERED    RECEIVED     VOL

12   1     Written Waiver and          10         11         1
           Consent to Stipulation
13         of Testimony, Waiver of
           Jury, and Plea of Guilty
14
     2     Brownsville Police          10         11         1
15         Department Offense/
           Incident Report, 2
16         Sexual Assault Reports,
           BPD Law Incident Narrative
17         of Officer Julio Sanchez,
           Jr., and BPD Law Incident
18         Supplement Narrative of
           Detective David Navarro, Jr.
19

20

21

22

23

24

25
```

4

```
 1                P R O C E E D I N G S
 2                (Open court, defendant present,
 3                9:19 a.m.)
 4                THE COURT:  Then you have Scott
 5   William Hess.
 6                MR. SOROLA:  This is Mr. Hess, Your
 7   Honor.
 8                THE COURT:  2012-DCR-1617.
 9                MR. SOROLA:  I had him brought in
10   today.  I have the plea papers.  Because he's on
11   medication, I want some time to go over it with him.
12   We will approach the court in a little bit, we will
13   enter a plea on that, and explain to the court what's
14   going on in that case.
15                THE COURT:  Okay.  I will call you
16   back.
17                MR. SOROLA:  Thank you, Your Honor.
18                (Case recessed from 9:20 a.m. to
19                10:11 a.m.)
20                THE COURT:  Mr. Sorola?
21                MR. SOROLA:  Yes, Your Honor.
22                THE COURT:  On Scott William Hess,
23   2012-DCR-1617.
24                MR. SOROLA:  I just need a little time
25   to talk to him.  Because he's on medication, I'm
```

```
 1  going to explain very slowly what he's about to enter
 2  into, Your Honor.
 3              THE COURT:  All right.
 4              (Case recessed from 10:12 a.m. to
 5              10:55 a.m.)
 6              THE COURT:  Okay.  Go ahead and just
 7  concentrate on Mr. Hess.
 8              MR. SOROLA:  We are ready, Your Honor.
 9  It's going to be the -- We are going to enter the
10  plea right now.  I just didn't want the two to be
11  mixed together.
12              THE COURT:  Oh, I'm sorry.  I did not
13  understand you very well.
14              MR. SOROLA:  That's what I meant is I
15  didn't want you to do both at the same time.
16              THE COURT:  No, I understand that, but
17  I thought you still needed more time to go over it.
18              MR. SOROLA:  No, we are ready, Your
19  Honor.
20              THE COURT:  Oh, okay.  That's the part
21  I didn't understand.
22              MR. SOROLA:  Yes.  I'm sorry.
23              THE COURT:  That's all right.
24              Scott William Hess?
25              THE DEFENDANT:  Yes, Your Honor.
```

```
 1                    THE COURT:  In 2012-DCR-1617, you and
 2   your attorney have signed a document, a piece of
 3   paper, which is called the Written Waiver and Consent
 4   to Stipulation of Testimony, Waiver of Jury, and Plea
 5   of Guilty.  What this means when you signed this
 6   paper, what you telling me is, "Judge, I am pleading
 7   guilty and I am asking you, Judge, to find me
 8   guilty."  Do you understand that, sir?
 9                    THE DEFENDANT:  I understand, Your
10   Honor.  I won't do that again.
11                    THE COURT:  Do you understand that the
12   range of punishment for indecency, exposure, is for a
13   term of not less than two years nor more than ten
14   years, to which may be added a fine not to exceed
15   $10,000?
16                    THE DEFENDANT:  I understand, Your
17   Honor.
18                    THE COURT:  You understand that there
19   is no plea bargain between your attorney and the
20   State, it's what's called a cold plea?
21                    THE DEFENDANT:  Yes, Your Honor.
22                    THE COURT:  Sir, are you a U.S.
23   citizen?
24                    THE DEFENDANT:  Yes, ma'am.
25                    THE COURT:  Did anybody force you or
```

```
 1  coerce you into entering this plea?
 2              THE DEFENDANT:  No, ma'am.
 3              THE COURT:  So you are pleading guilty
 4  because you are guilty and for no other reason?
 5              THE DEFENDANT:  That's right, Your
 6  Honor.  I won't do that again.
 7              THE COURT:  Have you ever been in a
 8  mental institution or suffered from mental illness?
 9              THE DEFENDANT:  Yes, Your Honor.
10              THE COURT:  And when was that, sir?
11              THE DEFENDANT:  I have a history going
12  back to when I was 19 years old.
13              THE COURT:  And what is your history,
14  sir?
15              THE DEFENDANT:  Well, I've been in the
16  Rio Grande State Center briefly about four years ago,
17  I was off my medicine, and I went two weeks one time
18  and three weeks another time, and they put me back
19  home.  And before that, we go all the way back to
20  when I was 19, I had a nervous breakdown coming out
21  of puberty, I stopped sleeping, and I take medication
22  for sleep basically.
23              At the time of this incident, I was
24  not on my medication.  Because of my job as a truck
25  driver, I missed an appointment at Tropical and they
```

```
 1   kicked me out of the program.  And I've been going
 2   there ever since I lived in Texas since '91, and I
 3   wasn't able to get my medicine.
 4              THE COURT:  But you are on your
 5   medication right now?
 6              THE DEFENDANT:  Yes, ma'am.  I'm back
 7   on my medication.
 8              THE COURT:  Okay.
 9              THE DEFENDANT:  And a --
10              THE COURT:  And you understand
11   everything that's going on here in court?
12              THE DEFENDANT:  Pretty much, Your
13   Honor.
14              THE COURT:  Okay.  Is there anything
15   that you do not understand that you would like me to
16   explain to you?
17              THE DEFENDANT:  No, Your Honor.
18              THE COURT:  Have you been able to
19   understand everything your attorney has been telling
20   you and assist him?
21              THE DEFENDANT:  Yes, Your Honor.  He's
22   very patient with me, yes.
23              THE COURT:  Good.  Mr. Sorola, have
24   you had sufficient time to consult with your client
25   and is he competent to enter this plea?
```

```
 1                MR. SOROLA:  Your Honor, I have had
 2   sufficient time.  [I have reviewed the September 1,
 3   2012 report from Dr. David Moron] regarding the
 4   defendant in which Dr. Moron interviewed Mr. Hess,
 5   and it was Dr. Moron's finding that Mr. Hess is
 6   able -- has a good understanding of the charges
 7   against him and that he is able and willing to
 8   consult with his attorney and discuss the
 9   consequences and any defenses that he may have to
10   those charges.
11                [I spoke to Mr. Hess now on several
12   occasions] and he fully understands the consequences
13   of a guilty plea, what the range of punishment is or
14   could be, and any defenses that he would have to the
15   allegation made.  Mr. Hess understands that there are
16   several witnesses and that there were children
17   around.
18                [In the report he admits to doing what
19   he did.]  He is regretful.  He was off his medication.
20   [He realizes just because he didn't take his
21   medication that doesn't give him the right to commit
22   crimes]. [He knows that's not a defense to what he
23   did.]  It's an issue that we will take up at
24   sentencing.
25                He fully understands, [in my opinion,]
```

```
 1   what's going on; the fact that we do not have a plea
 2   agreement with the court; the fact that after the
 3   presentence report is compiled, that we will be back
 4   before this court; and this court will consider the
 5   presentence report and Mr. Hess' mitigating factors
 6   and assess punishment at that time.
 7                 And I told Mr. Hess that the district
 8   attorney, Mr. Gilman, right now is offering five
 9   years TDC and that Mr. Hess --[at that sentencing
10   hearing,][Mr. Gilman may ask for ten years TDC] but
11   that we will be asking for the minimal punishment
12   from the court.
13                 Is that right, Mr. Hess?
14                 THE DEFENDANT:  Yes, sir.
15                 MR. SOROLA:  You understand everything
16   that we've talked about?
17                 THE DEFENDANT:  Yes, sir.
18                 MR. SOROLA:  Okay.
19                 THE COURT:  What says the State?
20                 MR. GILMAN:  We will offer Exhibits 1
21   and 2, Judge.
22                 MR. SOROLA:  No objections, Your
23   Honor.
24                 THE COURT:  They will be admitted.
25                 (State's Exhibit Nos. 1 and 2 were
```

11

```
 1                   admitted)
 2             THE COURT:  Based on the evidence,
 3   Mr. Hess, I will find you guilty.  I will ask for a
 4   PSI, that's a Presentence Investigation Report, and I
 5   will ask you to come back.
 6             Can you guys have it for me October
 7   the 8th?
 8             THE PROBATION OFFICER:  Yes, Your
 9   Honor.
10             MR. SOROLA:  Oh, is that a Monday,
11   Judge?
12             THE COURT:  Yes.
13             MR. SOROLA:  I'm going to be out of
14   town.  It's a federal holiday and I'm going to do
15   some federal CLE.  I believe it's --
16             THE COURT:  Then the following Monday
17   is October 15th.
18             MR. SOROLA:  Let me check real quick.
19   I just don't want to have it scheduled and then
20   reschedule it.
21             THE COURT:  Well, how about Wednesday?
22             MR. SOROLA:  That's fine, Your Honor.
23   I will be here.  It's just that one Monday I'm gone.
24             THE COURT:  Okay.  Then let's do it
25   Wednesday.  What is Wednesday?  October the 8th is
```

12

1  Monday.
2              THE COORDINATOR:  You will be back by
3  the 10th?
4              MR. SOROLA:  Yes.  I'm just gone that
5  Monday.  I will be back that Monday night.
6              THE COORDINATOR:  The 10th.  10/10 at
7  1:00.
8              MR. SOROLA:  10/10 at 1:00.  Thank
9  you, Your Honor.
10             THE COURT:  Okay.  Then thank you.
11 You may be seated.
12             **(The hearing was concluded at**
13             **11:03 a.m.)**
14
15
16
17
18
19
20
21
22
23
24
25

```
 1   THE STATE OF TEXAS:
 2   COUNTY OF CAMERON:
 3        I, KARY RICHARDSON, Official Court Reporter in
 4   and for the 197th Judicial District Court of Cameron
 5   County, State of Texas, do hereby certify that the
 6   above and foregoing contains a true and correct
 7   transcription of all portions of evidence and other
 8   proceedings requested in writing by counsel for the
 9   parties to be included in this volume of the
10   Reporter's Record, in the above-entitled and numbered
11   cause, all of which occurred in open court or in
12   chambers and were reported by me.
13        I further certify that this Reporter's Record of
14   the proceedings truly and correctly reflects the
15   exhibits, if any, admitted by the respective parties.
16        WITNESS MY OFFICIAL HAND on this the 17th day of
17   June, 2015.
```

*Kary Richardson*
KARY RICHARDSON, Texas CSR 1952
Expiration Date: 12/31/2016
Official Court Reporter
197th District Court
Cameron County, Texas
974 East Harrison Street
Brownsville, Texas 78520
(956) 544-0874