**STATE'S EXHIBIT NO. 2**

**BROWNSVILLE POLICE DEPARTMENT**
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000 - 911 Emergency

## OFFENSE / INCIDENT

☒ OFFENSE Report   Call Number: 1204514   Date: 4-19-12
☐ INCIDENT Report   Disposition: Arrest
CHARGE(S): Indecent Exposure x 2   Indecency with a child x 2
Family Violence? ☐ Yes ☒ No

Earliest Date Occurred: 4-19-12   Time: 5:12 am/pm   Latest Date Occurred: 4-19-12   Time: 5:18 am/pm   Time Dispatched: 5:22 am/pm
Location of Occurrence: Hotel Room
Address: 912 Washington ST, Brownsville, Cameron, TX 78520

Investigating Officer: S. Sanchez   Employee No: 4793

**Victim / Complainant:** Smith, Esmeralda
Address: 912 Washington ST Apt 33, Brownsville, TX 78520
Race: W   Female   DOB: 5-23-83   Age: 28   Divorced   Injured? No
Home Telephone: (956) 504-2901

**Victim / Complainant:** Smith, Haley
Address: 912 Washington ST Apt 33, Brownsville, TX 78520
Race: W   Female   DOB: 9-27-01   Age: 10   Single   Injured? No
Home Telephone: (956) 504-2901

**Victim / Complainant:** Smith, Destiny
Address: 912 Washington ST Apt 33, Brownsville, TX 78520
Race: W   Female   DOB: 6-10-05   Age: 6   Single   Injured? No
Home Telephone: (956) 504-2901

**Suspect:** Hess, Scott William
Address: 912 Washington ST Apt 40, Brownsville, TX 78520
Home Telephone: (956) 266-3910   DL: TX 15735426   Single   Place of Birth: Michigan
Race: W   Male   DOB: 7-20-62   Age: 49   Height: 6'3   Weight: 200   Hair: Gray   Eyes: Bro   Complexion: Lght
Clothing Description: Blue shirt / Khaki shorts

FOR MORE THAN TWO SUSPECTS, ATTACH ADDITIONAL OFFENSE REPORT(S)   Continued on other side>>>

| Vehicle Information | ☐ Suspect | ☐ Victims'/Complainants' | ☐ Stolen | ☐ Burglarized | ☐ Recovered | ☐ Damaged | ☐ Improperly Parked |

☐ Repossessed   ☐ Impounded   ☐ Other: _____   AUTO THEFT INSURANCE? ☐ Yes ☐ No
ANTI-THEFT DEVICE? ☐ Yes ☐ No   TYPE: ☐ Alarm   ☐ Steering Wheel Bar   ☐ Other: _____
Owner: _____   Address: _____
City: _____   State: _____   Zip Code: _____   Telephone: _____

| ☐ Passenger Car | Make | Model | Year | Operator's Name | License Plate | State | Year |
| ☐ Truck ☐ Trailer | | | | | | | |
| Style (2dr,4dr,etc.) | Vehicle Identification Number | | Color (top) | Color (center) | Color (bottom) | Special Features | |

| Vehicle Information | ☐ Suspect | ☐ Victims'/Complainants' | ☐ Stolen | ☐ Burglarized | ☐ Recovered | ☐ Damaged | ☐ Improperly Parked |

☐ Repossessed   ☐ Impounded   ☐ Other: _____   AUTO THEFT INSURANCE? ☐ Yes ☐ No
ANTI-THEFT DEVICE? ☐ Yes ☐ No   TYPE: ☐ Alarm   ☐ Steering Wheel Bar   ☐ Other: _____
Owner: _____   Address: _____
City: _____   State: _____   Zip Code: _____   Telephone: _____

| ☐ Passenger Car | Make | Model | Year | Operator's Name | License Plate | State | Year |
| ☐ Truck ☐ Trailer | | | | | | | |
| Style (2dr,4dr,etc.) | Vehicle Identification Number | | Color (top) | Color (center) | Color (bottom) | Special Features | |

PROPERTY CODES: S=Stolen R=Recovered L=Lost F=Found D=Damaged E=Evidence O=Other:

| Code | Quantity | Item Brand Name (Make and Model) | Description (Color, size, etc.) | Serial Number | Value | Recovered Value |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Summary of Incident**

Dispatched to said location in reference to an Indecent Exposure.

Reporting Officer: _J.L.S._   Employee No: 4793   Supervisor: _____   Employee No: 4483   Date Approved: 04/29/12

The information I have provided is true and correct to the best of my knowledge. I ☐ DID ☒ DID NOT give anyone permission to commit this/these offenses against me and/or property in my control.

Furthermore, I ☒ DO ☐ DO NOT want criminal charges to be filed against anyone found to be involved in this incident.

Victim/Complainant Signature: _Esmeralda Smith_   Date: 4-19-12

☐ Victim/Complainant refused to sign report.

**BROWNSVILLE POLICE DEPARTMENT**
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000 - 911 Emergency

# OFFENSE / INCIDENT

☒ OFFENSE Report  Call Number: 1 Y 2814  Date: 4-19-12
☐ INCIDENT Report  Disposition: Arrest
CHARGE(S): Indecent Exposure x 2
Indecency with a Child Exposes x 2
Family Violence? ☐ Yes ☒ No

Earliest Date Occurred: 4-19-12  Time: ___ am/pm  Latest Date Occurred: 4-19-12  Time: ___ am/pm  Time Dispatched: ___ am/pm

Location of Occurrence: Hotel Room
Address Number: 912  N S ☒E W  Street Name: Washington  St/Av/Rd: ST  Apt/Ste: 40  City: Brownsville  County: Cameron  State: TX  Zip: 78520

Investigating Officer (PRINT): S. Sanchez  Employee No: 4793

**Victim / Witness**
Last Name: Flores  First Name: Angela
Address: 912 N S ☒E W Washington ST Apt 44  City: Brownsville  State: TX  Zip: 78520
Race: W  ☒ Female  DOB: 4-3-75  Age: 37  ☒ Single  Relationship to Suspect: None  Injured? ☒ No  Injury/weapon: none
Home Telephone: (956) 465-5533

**Vehicle Information**   ☐ Suspect   ☐ Victims'/Complainants'   ☐ Stolen   ☐ Burglarized   ☐ Recovered   ☐ Damaged   ☐ Improperly Parked
☐ Repossessed   ☐ Impounded   ☐ Other: _____   AUTO THEFT INSURANCE? ☐ Yes ☐ No
ANTI-THEFT DEVICE? ☐ Yes ☐ No   TYPE: ☐ Alarm   ☐ Steering Wheel Bar   ☐ Other: _____
Owner: _____   Address: _____
City: _____   State: _____   Zip Code: _____   Telephone: _____

| ☐ Passenger Car ☐ Truck ☐ Trailer | Make | Model | Year | Operator's Name | License Plate | State | Year |
|---|---|---|---|---|---|---|---|
| Style (2dr 4dr etc.) | Vehicle Identification Number | | Color (top) | Color (center) | Color (bottom) | Special Features | |

**Vehicle Information**   ☐ Suspect   ☐ Victims'/Complainants'   ☐ Stolen   ☐ Burglarized   ☐ Recovered   ☐ Damaged   ☐ Improperly Parked
☐ Repossessed   ☐ Impounded   ☐ Other: _____   AUTO THEFT INSURANCE? ☐ Yes ☐ No
ANTI-THEFT DEVICE? ☐ Yes ☐ No   TYPE: ☐ Alarm   ☐ Steering Wheel Bar   ☐ Other: _____
Owner: _____   Address: _____
City: _____   State: _____   Zip Code: _____   Telephone: _____

| ☐ Passenger Car ☐ Truck ☐ Trailer | Make | Model | Year | Operator's Name | License Plate | State | Year |
|---|---|---|---|---|---|---|---|
| Style (2dr 4dr etc.) | Vehicle Identification Number | | Color (top) | Color (center) | Color (bottom) | Special Features | |

PROPERTY CODES: S=Stolen R=Recovered L=Lost F=Found D=Damaged E=Evidence O=Other:

| Code | Quantity | Item Brand Name (Make and Model) | Description (Color, size, etc.) | Serial Number | Value | Recovered Value |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Summary of Incident**

Dispatched to said location in reference to an Indecent Exposure.

Reporting Officer: _____ Employee No. 4793   Supervisor: _____ Employee No. 4483   Date Approved: 04/20/12

The information I have provided is true and correct to the best of my knowledge. I ☐ DID ☐ DID NOT give anyone permission to commit this/these offenses against me and/or property in my control.

Furthermore, I ☐ DO ☐ DO NOT want criminal charges to be filed against anyone found to be involved in this incident.

Victim/Complainant Signature: _____   Date: _____
☐ Victim/Complainant refused to sign report.

# SEXUAL ASSAULT REPORT

| 1 INCIDENT DATE | 2 AGENCY IDENTIFIER | 3 INCIDENT HOUR | 4 INCIDENT # |
|---|---|---|---|
| 04/14/12 MM/DD/YY | TX0310100 | 5:12 pm | 1204 2514 |

| 5 | AGE | SEX | RACE | ETHNIC ORIGIN | NUMBER OF VICTIM(S) |
|---|---|---|---|---|---|
| VICTIM | 10 | 1 ☐ MALE  2 ☑ FEMALE | 1 ☑ WHITE  2 ☐ BLACK  3 ☐ AMERICAN INDIAN OR ALASKAN NATIVE  4 ☐ ASIAN OR PACIFIC ISLANDER | 1 ☑ HISPANIC  2 ☐ NON HISPANIC | 1 (If more than 1, use additional forms) |
| OFFENDER | 49 | 1 ☑ MALE  2 ☐ FEMALE | 1 ☑ WHITE  2 ☐ BLACK  3 ☐ AMERICAN INDIAN OR ALASKAN NATIVE  4 ☐ ASIAN OR PACIFIC ISLANDER | 1 ☐ HISPANIC  2 ☑ NON HISPANIC | 1 (If more than 1, use additional forms) |

| 6 RELATIONSHIP (VICTIM TO OFFENDER) VICTIM WAS: (MARK 1) | (✓) | DATA ENTRY |
|---|---|---|
| Spouse | | 1 |
| Common-Law Spouse | | 2 |
| Parent | | 3 |
| Sibling (brother or sister) | | 4 |
| Child | | 5 |
| Grandparent | | 6 |
| Grandchild | | 7 |
| In-Law | | 8 |
| Stepparent | | 9 |
| Stepchild | | 10 |
| Stepsibling | | 11 |
| Other Family Member | | 12 |
| Friend | | 13 |
| Acquaintance | | 14 |
| Neighbor | ✓ | 15 |
| Babysittee | | 16 |
| Boyfriend/Girlfriend | | 17 |
| Homosexual Relationship | | 18 |
| Ex-spouse | | 19 |
| Employer | | 20 |
| Employee | | 21 |
| Otherwise Known | | 22 |
| Stranger | | 23 |
| Unknown | | 24 |

| 9 OFFENSES (SELECT ALL THAT APPLY) | (✓) | DATA ENTRY |
|---|---|---|
| Section 21.02 (Continuous Sexual Abuse of Young Child or Children) | | 1 |
| Section 21.11(a)(1) (Indecency with a Child by Contact) | | 2 |
| Section 21.11(a)(2) (Indecency with a Child by Exposure) | ✓ | 3 |
| Section 22.011 (Sexual Assault) | | 4 |
| Section 22.021 (Aggravated Sexual Assault) | | 5 |
| Section 43.25 (Sexual Performance by a Child) | | 6 |

| 10 LOCATION | (✓) | DATA ENTRY |
|---|---|---|
| Bar/Night Club | | 1 |
| Church/Synagogue/Temple | | 2 |
| Commercial/Office Building | | 3 |
| Construction Site | | 4 |
| Convenience Store | | 5 |
| Drug Store/Dr's Office/Hospital | | 6 |
| Field/Woods | | 7 |
| Government/Public Building | | 8 |
| Highway/Road/Alley | | 9 |
| Hotel/Motel | ✓ | 10 |
| Jail/Prison | | 11 |
| Lake/Waterway | | 12 |
| Parking Lot/Garage | | 13 |
| Residence/Home | | 14 |
| School/College | | 15 |
| Other/Unknown | | 16 |

| 7 WEAPONS (MARK UP TO 3) | (✓) | DATA ENTRY |
|---|---|---|
| Firearm | | 1 |
| Knife/Cutting Instrument | | 2 |
| Blunt Object (club, baseball bat, pan, etc.) | | 3 |
| Personal Weapons (hands, feet, fist, teeth, etc.) | | 4 |
| Drugs/Narcotics/Sleeping Pills | | 5 |
| Asphyxiation (strangulation, suffocation, etc.) | | 6 |
| Other Specify  None | | 7 |

| 11 OFFENDER UNDER THE INFLUENCE OF: (MARK UP TO 2) | (✓) | DATA ENTRY |
|---|---|---|
| None | ✓ | 1 |
| Alcohol | | 2 |
| Drugs | | 3 |

AGENCY: Brownsville Police Dep't

PREPARED BY _____ INITIALS

| 8 PHYSICAL INJURY (MARK 1) | (✓) | DATA ENTRY |
|---|---|---|
| None | ✓ | 1 |
| Apparent Minor | | 2 |
| Apparent Major | | 3 |

RETURN TO: TEXAS DEPARTMENT OF PUBLIC SAFETY
UNIFORM CRIME REPORTING
P.O. BOX 4143
AUSTIN, TEXAS 78765-4143

UCR-7 (Rev. 11/07)

# SEXUAL ASSAULT REPORT

| 1 INCIDENT DATE | 2 AGENCY IDENTIFIER | 3 INCIDENT HOUR | 4 INCIDENT # |
|---|---|---|---|
| 4/19/12 MM/DD/YY | TX0310100 | 5:00 pm | 1204 2814 |

| 5 VICTIM | AGE | SEX | RACE | ETHNIC ORIGIN | NUMBER OF VICTIM(S) |
|---|---|---|---|---|---|
| | 6 | 2 ☑ FEMALE | 1 ☑ WHITE | 1 ☑ HISPANIC | 1 |

| 5 OFFENDER | AGE | SEX | RACE | ETHNIC ORIGIN | NUMBER OF OFFENDER(S) |
|---|---|---|---|---|---|
| | 49 | 1 ☑ MALE | 1 ☑ WHITE | 1 ☑ HISPANIC | 1 |

## 6 RELATIONSHIP (VICTIM TO OFFENDER) VICTIM WAS: (MARK 1)

| Relationship | (✓) | DATA ENTRY |
|---|---|---|
| Spouse | | 1 |
| Common-Law Spouse | | 2 |
| Parent | | 3 |
| Sibling (brother or sister) | | 4 |
| Child | | 5 |
| Grandparent | | 6 |
| Grandchild | | 7 |
| In-Law | | 8 |
| Stepparent | | 9 |
| Stepchild | | 10 |
| Stepsibling | | 11 |
| Other Family Member | | 12 |
| Friend | | 13 |
| Acquaintance | | 14 |
| Neighbor | ✓ | 15 |
| Babysittee | | 16 |
| Boyfriend/Girlfriend | | 17 |
| Homosexual Relationship | | 18 |
| Ex-spouse | | 19 |
| Employer | | 20 |
| Employee | | 21 |
| Otherwise Known | | 22 |
| Stranger | | 23 |
| Unknown | | 24 |

## 7 WEAPONS (MARK UP TO 3)

| Weapon | (✓) | DATA ENTRY |
|---|---|---|
| Firearm | | 1 |
| Knife/Cutting Instrument | | 2 |
| Blunt Object (club, baseball bat, pan, etc.) | | 3 |
| Personal Weapons (hands, feet, fist, teeth, etc.) | | 4 |
| Drugs/Narcotics/Sleeping Pills | | 5 |
| Asphyxiation (strangulation, suffocation, etc.) | | 6 |
| Other Specify  none | | 7 |

## 8 PHYSICAL INJURY (MARK 1)

| Injury | (✓) | DATA ENTRY |
|---|---|---|
| None | ✓ | 1 |
| Apparent Minor | | 2 |
| Apparent Major | | 3 |

## 9 OFFENSES (SELECT ALL THAT APPLY)

| Offense | (✓) | DATA ENTRY |
|---|---|---|
| Section 21.02 (Continuous Sexual Abuse of Young Child or Children) | | 1 |
| Section 21.11(a)(1) (Indecency with a Child by Contact) | | 2 |
| Section 21.11(a)(2) (Indecency with a Child by Exposure) | ✓ | 3 |
| Section 22.011 (Sexual Assault) | | 4 |
| Section 22.021 (Aggravated Sexual Assault) | | 5 |
| Section 43.25 (Sexual Performance by a Child) | | 6 |

## 10 LOCATION

| Location | (✓) | DATA ENTRY |
|---|---|---|
| Bar/Night Club | | 1 |
| Church/Synagogue/Temple | | 2 |
| Commercial/Office Building | | 3 |
| Construction Site | | 4 |
| Convenience Store | | 5 |
| Drug Store/Dr's Office/Hospital | | 6 |
| Field/Woods | | 7 |
| Government/Public Building | | 8 |
| Highway/Road/Alley | | 9 |
| Hotel/Motel | ✓ | 10 |
| Jail/Prison | | 11 |
| Lake/Waterway | | 12 |
| Parking Lot/Garage | | 13 |
| Residence/Home | | 14 |
| School/College | | 15 |
| Other/Unknown | | 16 |

## 11 OFFENDER UNDER THE INFLUENCE OF: (MARK UP TO 2)

| Substance | (✓) | DATA ENTRY |
|---|---|---|
| None | ✓ | 1 |
| Alcohol | | 2 |
| Drugs | | 3 |

Brownsville Police Dept
AGENCY

PREPARED BY ____ / INITIALS

RETURN TO: TEXAS DEPARTMENT OF PUBLIC SAFETY
UNIFORM CRIME REPORTING
P.O. BOX 4143
AUSTIN, TEXAS 78765-4143

Brownsville Police Department
Law Incident Narrative

Case Number: 12042914
OFFICER NAME: JULIO SANCHEZ JR.
OFFICER #: 4793
DATE: Thu Apr 19 19:19:54 CDT 2012
SUPERVISOR:
OFFICER #:
DATE: 04/20/12
Case Status: ARREST
Narrative:
ON 4-19-2012 DISPATCHED TO THE CAMERON MOTOR HOTEL LOCATED AT 912 E. WASHINGTON ST. IN REFERENCE TO INDECENT EXPOSURE. CONTACTED COMPLAINANT ESMERALDA SMITH D.O.B. 5-23-1983 WHO STATED THAT A MALE SUBJECT LATER IDENTIFIED AS SCOTT WILLIAM HESS D.O.B. 7-20-1962 WAS STANDING NAKED EXPOSING HIS PENIS INSIDE HIS ROOM # 40. COMPLAINANT STATED THAT THE SUBJECT WAS STANDING IN FRONT OF HIS WINDOW AND WAS MASTURBATING WHILE HER DAUGHTERS WERE PLAYING. COMPLAINANT STATED THAT HER DAUGHTERS WERE PLAYING OUTSIDE BY THE SUBJECTS ROOM AND THAT THE SUBJECT HIT THE WINDOW TO GET THEIR ATTENTION. COMPLAINANT STATED THAT WHEN HER DAUGHTERS AND SHE TURNED AROUND THEY SAW THE SUBJECT MASTURBATING. CONTACTED HALEY SMITH D.O.B. 9-27-2001 WHO STATED THAT SHE OBSERVED THE SUBJECT STANDING NAKED IN FRONT OF THE WINDOW. CONTACTED DESTINY SMITH D.O.B. 6-10-2005 WHO STATED THAT SHE ALSO SAW THE SUBJECT STANDING NAKED IN FRONT OF THE WINDOW. ANGELA FLORES D.O.B. 4-3-1975 ADVISED ME THAT SHE KNEW THE SUBJECT. WITNESS STATED THAT SHE ALSO OBSERVED THE SUBJECT NAKED EXPOSING HIS PENIS. WITNESS STATED THAT THE SUBJECT WAS MASTURBATING IN FRONT OF HALEY AND DESTINY. SUBJECT STATED THAT HE WAS STANDING BY THE WINDOW. SUBJECT STATED THAT HE WAS WITHOUT A SHIRT BUT WAS WEARING SHORTS. ESMERALDA SMITH WANTED TO FILE CHARGES AGAINST THE SUBJECT. SUBJECT WAS PLACED UNDER ARREST, TRANSPORTED TO CITY JAIL AND BOOKED FOR INDECENT EXPOSURE 2 COUNTS AND INDECENCY WITH A CHILD (EXPOSES) 2 COUNTS.

Brownsville Police Department
Law Incident Supplement Narrative

Case Number: 12-04-2814

OFFICER NAME: DET. DAVID NAVARRO JR.
OFFICER #: 5385
DATE: 05-15-2011

SUPERVISOR:
OFFICER #:
DATE:

Case Status: Patrol Arrest, submitted to D.A.'s office
Narrative:

    I was instructed by Sergeant Juan Lopez # 3649 to secure statements in regards to a patrol arrest of Indecency with a child by sexual contact X2 and Indecent exposure X2 on 04-19-2012. I then secured audio/video statements from victims, Destiny Smith and Haley Smith at Monica's House. These statements were attached to the case file, along with a witness statement from Esmeralda Smith, mother of victims and also listed as victim for the Indecent exposure charge. As a notation, Angela Flores was also listed as a victim for the Indecent exposure charge could not be located for statement purposes.

    This case was prepared and submitted to the Cameron County District Attorney's Office by this detective. I took no further action in this case.

```
                                                                    1

 1                        REPORTER'S RECORD

 2                       VOLUME 1 OF 1 VOLUMES

 3              TRIAL COURT CAUSE NO. 2012-DCR-1617-C

 4     - - - - - - - - - - - - x
                                :
 5     THE STATE OF TEXAS       :   IN THE DISTRICT COURT
                                :
 6                              :
                                :
       VS                       :   197TH JUDICIAL DISTRICT
 7                              :
                                :
 8     SCOTT WILLIAM HESS       :   CAMERON COUNTY, TEXAS
                                :
 9     - - - - - - - - - - - - x

10

11

12     ************************************************************

13                            SENTENCING

14     ************************************************************

15

16         On the 10th day of October, 2012, the following

17     proceedings came on to be heard in the above-entitled and

18     numbered cause before the Honorable MIGDALIA LOPEZ, Judge

19     Presiding, held in Brownsville, Cameron County, Texas.

20         Proceedings reported by computerized machine

21     shorthand.

22

23

24

25
```

SUE CHANEY SAENZ, C.S.R.

COPY

2

1           A P P E A R A N C E S

2  APPEARING FOR THE STATE:

3     HON. PETER C. GILMAN
       State Bar No. 07952500
4      Assistant District Attorney
       Cameron County Courthouse
5      964 E. Harrison
       Brownsville, TX  78520
6      (956) 544-0849
       (956) 544-0869 Fax
7
  APPEARING FOR THE DEFENDANT:
8
       HON. LOUIS S. SOROLA
9      State Bar No. 00794990
       Law Office of Louis S. Sorola
10     1999 W. Jefferson Street
       Brownsville, TX, 78520
11     (956) 504-2911

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SUE CHANEY SAENZ, C.S.R.

3

| | | PAGE | VOL |
|---|---|---|---|
| 1 | **VOLUME 1** | | |
| 2 | **SENTENCING** | | |
| 3 | **OCTOBER 10, 2012** | | |
| 4 | Announcements | 4 | 1 |
| 5 | Arguments by Mr. Sorola | 4 | 1 |
| 6 | Defendant Sentenced | 9 | 1 |
| 7 | Adjourn | 9 | 1 |
| 8 | Certificate of Court Reporter | 10 | 1 |

SUE CHANEY SAENZ, C.S.R.

4

|   |   |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | THE COURT: Mr. Sorola, you have Scott |
| 3 | William Hess, 2012-DCR-1617. What says the State? |
| 4 | MR. GILMAN: Judge, we would ask you to |
| 5 | follow the agreement. |
| 6 | MR. SOROLA: There is no agreement, Your |
| 7 | Honor, it's a cold plea. |
| 8 | THE COURT: It's a cold plea. |
| 9 | MR. GILMAN: I'm sorry. Judge, we would |
| 10 | ask that you find him guilty and give him 10 years TDC. |
| 11 | THE COURT: It is what degree felony? |
| 12 | MR. GILMAN: It's 2 to 20, Judge. |
| 13 | THE COURT: 2 to 20. |
| 14 | MR. GILMAN: No, I'm sorry, excuse me, it's |
| 15 | 2 to 10, I made a mistake. |
| 16 | MR. SOROLA: That's correct, it's exposure, |
| 17 | not touching. Your Honor, this was or is an indecent |
| 18 | exposure case. [My client has pled guilty from the very |
| 19 | beginning.] He does suffer from bipolar disorder and sleep |
| 20 | disorder. [I did have him interviewed by Doctor Moron.] A |
| 21 | report is in the Court's file for the review of this |
| 22 | Court. He does make reference to the medications that my |
| 23 | client is on. |
| 24 | [Your Honor, I know the criminal history |
| 25 | looks extensive. My client has had quite a few arrests. |

SUE CHANEY SAENZ, C.S.R.

5

1  But if we look at the convictions, there aren't that many
2  convictions.  He has a misdemeanor assault in 1999 where
3  he was given 15 months probation.  In 2008, it was
4  interference with the duties of a police officer.  He
5  received 45 days county jail, credit for time served.
6  This is a misdemeanor also.  And then there is the 2012
7  criminal trespass which he received 30 days County Jail.
8  Your Honor, his felony history, there is a 1992 possession
9  of a controlled substance which my client received a three
10 year suspended sentence.  The arrest in Indiana, which was
11 subsequent to the 1992, was for the same offense.  It was
12 in Arkansas, the first one.  It was a '95 felony assault
13 which was rejected.
14          So basically, Your Honor, my client hasn't
15 been convicted of a lot of offenses.  Judge, none of these
16 offenses have to do with a sex crime.  My client was off
17 of his medication at the time in a hotel, and he is not
18 denying that he exposed himself to the young children who
19 were playing outside.  We would ask the Court to consider,
20 and he does qualify for, intensive supervision,
21 surveillance, and we would ask for a mental health case
22 load and probation in this case, Your Honor.
23          THE COURT:  Is he taking any medication?
24          MR. SOROLA:  He is now, Your Honor, and
25 that's reflected in Doctor Moron's report.  Those

6

```
 1   medications are Stelazine, Trazodone and Congentin.
 2               THE DEFENDANT:  Cogentin.
 3               MR. SOROLA:  He has the mood instability
 4   and the insomnia, he will go two or three months without
 5   sleeping, so he needs medication to sleep.  At the time
 6   that he was in this hotel when this incident happened, he
 7   hadn't slept in how long?
 8               THE DEFENDANT:  Four months.
 9               MR. SOROLA:  I mean, it's not normal what
10   he did, Your Honor.  But given the conditions that he has,
11   we would ask that he be placed on some type of supervision
12   where he can be monitored.
13               THE COURT:  Does he work?
14               MR. SOROLA:  He has a CDL, Your Honor.
15               THE COURT:  Does he work?
16               MR. SOROLA:  When is the last time you
17   worked?
18               THE DEFENDANT:  January.
19               MR. SOROLA:  He has been in custody for
20   quite sometime, Your Honor.  He still does --
21               THE COURT:  Doing what, sir?
22               THE DEFENDANT:  I am a truck driver, ma'am.
23               MR. SOROLA:  He has a commercial driver's
24   license, and that's what he has done basically all of his
25   life.
```

SUE CHANEY SAENZ, C.S.R.

7

1  THE COURT: You do have an extensive
2 criminal record, and sometimes you haven't made it on
3 probation. They have revoked you and they have given
4 you --
5  THE DEFENDANT: I have never had a revoked
6 probation, ma'am.
7  THE COURT: Hold on, let me look. You may
8 be correct, let me make sure.
9  MR. SOROLA: I believe he is correct on
10 that, Your Honor.
11  THE COURT: You were sentenced in the
12 interference with public duties to 45 days County Jail,
13 criminal trespass [30 days County Jail], you were on
14 probation for three years out of --
15  THE DEFENDANT: Arkansas.
16  THE COURT: -- Arkansas, Little Rock.]
17 You're correct.
18  THE DEFENDANT: I am 50, Your Honor.
19  THE COURT: You look it.
20  THE DEFENDANT: Thank you, Your Honor.
21  THE COURT: That tells me that you have led
22 a very rough life, you know?
23  THE DEFENDANT: Colorful would be the word,
24 ma'am.
25  THE COURT: Okay. I'll accept that.

SUE CHANEY SAENZ, C.S.R.

8

```
 1              MR. SOROLA:  Doctor Moron's report says
 2   that he was hospitalized four years ago in the Rio Grande
 3   State Center, and I believe Mr. Hess has told me he has
 4   been there twice, is that correct?
 5              THE DEFENDANT:  Yes.  And you asked me
 6   about my hospitalization last time here, Your Honor, and I
 7   told you that I had a nervous breakdown at 19 years old
 8   coming out of puberty, I stopped sleeping.  I didn't get a
 9   chance to answer your question about hospitalization.
10   Over a three year period, I was in four hospitals.  In
11   Michigan where I am from, and in Virginia where I had an
12   incident during spring break out there.  So, I have been,
13   I lost three years of my life in the hospitals trying to
14   figure out what medicine works on me.  And I've been an
15   outpatient ever since, Your Honor.  And the only trouble I
16   have is when tropical closed my cases for missing
17   appointments.  It's hard to schedule them.
18              THE COURT:  Do you have any family here?
19              THE DEFENDANT:  Yes, ma'am, I have a wife
20   and a daughter.
21              THE COURT:  No, here today.
22              MR. SOROLA:  In the courtroom?
23              THE COURT:  Yes, that's what I am asking.
24              THE DEFENDANT:  They are not here.  My wife
25   works.
```

SUE CHANEY SAENZ, C.S.R.

```
 1                    THE COURT:  Are you married or are you
 2   divorced?
 3                    THE DEFENDANT:  Well, I am engaged to
 4   remarry my ex-wife.
 5                    THE COURT:  So you are divorced?
 6                    THE DEFENDANT:  Divorced, yes, ma'am.
 7                    THE COURT:  Okay.  Have a seat, sir.  I'll
 8   come back.  I would like to speak to both attorneys in
 9   chambers when we get a chance.
10                    **(Brief pause in proceedings)**
11                    THE COURT:  Back on the record on Scott
12   William Hess.  Mr. Hess, I'm going to give you 10 years
13   TDC.
14                    THE DEFENDANT:  I can't sleep in jail, Your
15   Honor.
16                    THE COURT:  You may be seated.
17                    **(RECESS)**
18
19
20
21
22
23
24
25
```

SUE CHANEY SAENZ, C.S.R.

THE STATE OF TEXAS:

COUNTY OF CAMERON:

CERTIFICATE OF COURT REPORTER

I, SUE CHANEY SAENZ, Official Court Reporter in and for the Judicial District Courts of Cameron County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-entitled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, admitted by the respective parties.

WITNESS MY OFFICIAL HAND on this the 17th day of June, 2015.

/S/ Sue Chaney Saenz
SUE CHANEY SAENZ, Texas CSR
Official Court Reporter, Deputy
Cameron County, Texas
c/o 107th District Court
974 East Harrison Street
Brownsville, Texas 78520
(956) 544-0874
Certificate No. 2136
Expiration Date: 12/31/16

SUE CHANEY SAENZ, C.S.R.

