

CRIMINAL DOCKET

2012-DCR-01617-C

THE STATE OF TEXAS vs
SCOTT WILLIAM HESS
DOB: 07/20/1962
PersonID: 59166

DATE FILED: 06/20/2012
INDENC W/CHILD/EXPOSURE-
12B2011/TORTEYA; INDENC
W/CHILD/EXPOSURE-12B2012/TORTEYA

| DATE OF ORDERS | DEFENSE ATTORNEY | ORDERS OF COURT |
|---|---|---|
| 7/5/12 | *Santiago Galarza (A)* / Louis Sorola (A) 09-05-12 | Arraignment Hearing set for Tuesday, August 7, 2012 at 8:30 a.m. ML/na |
| 8/7/12 | | Both sides appeared and announced ready. Def. arraigned and Pled "Not Guilty." Announcement set for 10/11/12 at 9 a.m, with Trial 10/11/12 at 9 a.m. ML/na |
| 7/8/12 | | Psych. Evaluation for 8/17/12 @ 10 a.m; report due on 9/3/12 9 a.m. Status Hearing on evaluation set for 9/5/12 1 p.m. All parties advised. ML/na |
| | | No Attty/requested Psych Evaluation |
| 09/05/2012 | | Parties appeared. Court appointed atty Louis Sorola due to atty Santiago Galarza's failure to appear. At Defense attorneys request, hearing is reset for 09/14/2012 @ 9 a.m. ML/jc |
| 9-14-12 | | Def. asked to be re-arraigned and **pled guilty/** ~~not guilty~~. Def. admonished as to the consequences of **his/~~her~~** plea, but persists in the same. It clearly appearing to the Court that the Def. is mentally competent and that **his/~~her~~** plea is free and voluntary plea received. Jury waived. Evidence introduced. Def. **adjudged guilty/~~finding of guilt deferred~~.** ~~Punishment/~~ PSI ordered and case recessed for ___ . *cold plea* |
| 10-10-12 | | 10-10-12 @ 1:00 p.m. ML/ic |

THE STATE OF TEXAS VS Scott William #55

| TE OF ORDERS | ORDERS OF COURT |
|---|---|
| 10-10-12 | All parties appeared & announced ready for further hearing. Punishment assessed at: ~~10~~ ~~county~~/years confinement in ~~County~~ ~~Jail/Substance~~ ~~abuse jail~~/ TDCJ ID Facility, with credit for time spent in jail.............................ML/jc |
| 11/02/12 | Judgment of Conviction, Sentence to Institutional Division signed & entered. MJ/nc |
| 11/4/13 | DD No-4s Application for a Writ of Habeas Corpus seeking relief from Final Felony Conviction Under Code of Crim. Procedure Article 11.07, set for 2/18/13 3 pm. All parties advised. MJ/nc |
| 2/18/2013 | Findings of fact + conclusions of law signed + entered. MJ/nc |
| 5/27/2014 | As per judge's request, case set for status hearing/submission for 05/28/2014 @ 1 p.m. State given copy by letter + advised by hearing on changes + via email. MJ/nc |

CRIMINAL DOCKET

THE STATE OF TEXAS vs

SCOTT WILLIAM HESS

DOB: 07/20/1962

PersonID: 59166

DEFENSE ATTORNEY

2012-DCR-01617-C

DATE FILED: 06/20/2012
INDENC W/CHILD/EXPOSURE-
12B2011/TORTEYA, INDENC
W/CHILD/EXPOSURE-
12B2012/TORTEYA

| DATE OF ORDERS | ORDERS OF COURT |
|---|---|
| 3/4/2014 | State's Answer to Letters Document to be an Application for a Writ of Habeas Corpus from Final Felony Conviction. Signed & entered, therefore hearing of 05/28/2014 cancelled. m/no |
| 5/8/2014 | Ct. sent copy of Ct's letter received 05/27/14 to state & J. Jarota as per judge's instructions. m/no |



| | | | |
|---|---|---|---|
| The State of Texas | § | Location: | 197th District Court |
| vs | § | Judicial Officer: | Lopez, Migdalia |
| SCOTT HESS | § | Filed on: | 06/20/2012 |
| | § | Prosecutor Control Number: | DA2012-5839 |
| | § | | |

---

### CASE INFORMATION

| Offense | Deg | Date | |
|---|---|---|---|
| No Jurisdiction | | | Case Type: Felony Offense |
| 1. INDENC W/CHILD/EXPOSURE-<br>12B2011/TORTEYA | F3 | 04/19/2012 | Case Flags: Omnibase |
| ACN: 201208182 | | | |
| Arrest: 04/19/2012 | BPD - Brownsville Police Department | | |
| Jurisdiction: Brownsville PD | | | |
| 2. INDENC W/CHILD/EXPOSURE-<br>12B2012/TORTEYA | F3 | 04/19/2012 | |
| ACN: 201208182 | | | |
| Arrest: 04/19/2012 | BPD - Brownsville Police Department | | |

**Statistical Closures**
10/10/2012     CONVICTION - Guilty Plea or Nolo Contendere (OCA)

---

| DATE | CASE ASSIGNMENT |
|---|---|

Current Case Assignment
| | |
|---|---|
| Case Number | 2012-DCR-01617 |
| Court | 197th District Court |
| Date Assigned | 06/21/2012 |
| Judicial Officer | Lopez, Migdalia |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| State | ERSKINE, BRIAN | |
| | THE STATE OF TEXAS | ERSKINE, BRIAN<br>956-544-0849(W) |
| Defendant | HESS, SCOTT WILLIAM<br>*DOB: 07/20/1962 Age: 49* | SOROLA, LOUIS S.<br>*Court Appointed*<br>(956)504-2911(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 06/20/2012 | Indictment or Information (OCA)<br>*Original Case Filed by Indictment or Information (OCA)* | |
| 06/20/2012 | CR-43/CR-44<br>*CR-43/CR-44* | |
| 06/20/2012 | Order Transferring Cause (Judicial Officer: Leal, Janet )<br>*Order Transferring Cause* | |
| 07/16/2012 | Notice of Arraignment (Judicial Officer: Lopez, Migdalia )<br>*Notice of Arraignment* | |
| 07/27/2012 | Appointment of Attorney (Judicial Officer: Lopez, Migdalia ) | |

|  | Party: Defendant's Attorney  GALARZA, SANTIAGO |
| | *Appointment of Attorney* |
| 07/31/2012 | Precept |
| | HESS, SCOTT WILLIAM |
| | Served: 08/09/2012 |
| 08/07/2012 | **Arraignment Hearing** (8:30 AM)  (Judicial Officer: Lopez, Migdalia) |
| | Events: 06/20/2012 Indictment or Information (OCA) |
| 08/07/2012 | Journal Entry (Judicial Officer: Lopez, Migdalia ) |
| | *Defendant arraigned and Pled Not Guilty; Announcement set for 09/21/12 & Trial 10/01/12 @ 9 a.m.; attorney requested Psy. Evaluation.* |
| 08/07/2012 | Arraignment |
| | *Arraignment* |
| 08/08/2012 | Order (Judicial Officer: Lopez, Migdalia ) |
| | *Order Appointing Psychiatrist* |
| 09/04/2012 | Psychiatric Evaluation |
| | *Psychiatric Evaluation* |
| 09/05/2012 | **Psychiatrist Evaluation** (1:00 PM)  (Judicial Officer: Lopez, Migdalia) |
| | *Status Hearing on report; Announcement set for 09/21/12 @ 9 a.m.* |
| 09/05/2012 | Journal Entry (Judicial Officer: Lopez, Migdalia ) |
| | *Case reset for status review hearing on case.* |
| 09/14/2012 | **Status Hearing** (9:00 AM)  (Judicial Officer: Lopez, Migdalia) |
| 09/14/2012 | Journal Entry (Judicial Officer: Lopez, Migdalia ) |
| | *Defendant Pled Nolo Contendere; PSI Ordered.* |
| 09/14/2012 | Written Waiver and Consent to Stipulation of Testimony |
| | *Written Waiver and Consent to Stipulation of Testimony, Waiver of Jury, and Plea of Guilty* |
| 09/21/2012 | **Announcement** (8:59 AM)  (Judicial Officer: Lopez, Migdalia) |
| 09/21/2012 | Journal Entry (Judicial Officer: Lopez, Migdalia ) |
| | *Defendant Pled Guilty; PSI Ordered.* |
| 10/08/2012 | Pre-Sentence Investigation Report |

|  | Guilty |
|  | 2. INDENC W/CHILD/EXPOSURE- 12B2012/TORTEYA |
|  | Guilty |

| 10/10/2012 | Disposition (Judicial Officer: Lopez, Migdalia) |
|  | 1. INDENC W/CHILD/EXPOSURE- 12B2011/TORTEYA |
|  | Convicted - |
|  | 2. INDENC W/CHILD/EXPOSURE- 12B2012/TORTEYA |
|  | Convicted - |

| 10/10/2012 | Sentence (Judicial Officer: Lopez, Migdalia) |
|  | 1. INDENC W/CHILD/EXPOSURE- 12B2011/TORTEYA |
|  | Sentence - Prison (OCA) |
|  | Confinement to Commence 10/10/2012 |
|  | 10 Years , TDCJ - Prison, Texas Department of Criminal Justice |
|  | Jail Credit 176 Days |
|  | JUDGMENT OF CONVICTION SENTENCE TO INSTITUTIONAL DIVISION. |
|  | 2. INDENC W/CHILD/EXPOSURE- 12B2012/TORTEYA |
|  | Sentence - Prison (OCA) |
|  | Confinement to Commence 10/10/2012 |
|  | 10 Years , TDCJ - Prison, Texas Department of Criminal Justice |
|  | Jail Credit 176 Days |
|  | JUDGMENT OF CONVICTION SENTENCE TO INSTITUTIONAL DIVISION. |

| 10/12/2012 | Attorney Fees Expense Claim Form (Judicial Officer: Lopez, Migdalia ) |
|  | Party: Defendant HESS, SCOTT WILLIAM |
|  | *Attorney Fees Expense Claim Form* |

| 10/22/2012 | Inmate Trust Fund Order |
|  | *Inmate Trust Fund Order* |

| 11/26/2012 | Pen Packet Received |
|  | *Pen Packet Received by Sheriff's Office* |

| 12/10/2012 | Correspondence |
|  | *Correspondence from Defendant to Hon. Judge M.Lopez* |

| 09/11/2013 | Findings of Fact |
|  | Party: State THE STATE OF TEXAS |

| 09/11/2013 | Application for Writ of Habeas Corpus |
|  | *Application for Writ of Habeas Corpus Seeking Relief From Final Felony Conviction Under Code Of Criminal Procedure, Article 11.07* |

| 09/17/2013 | Findings of Fact |
|  | Party: State THE STATE OF TEXAS |
|  | *Findings Of Fact And Conclusions Of Law* |

| 09/18/2013 | *CANCELED* Status Hearing (1:00 PM) (Judicial Officer: Lopez, Migdalia) |
|  | Other |
|  | *1. Defendant's Pro-Se Application for a Writ of Habeas Corpus Seeking Relief from Final Felony Conviction Under Code of Criminal Procedure, Article 11.07* |

| 09/20/2013 | Letter Acknowledging Receipt of Writ of Habeas Corpus |

197TH DISTRICT COURT

# CASE SUMMARY

## CASE NO. 2012-DCR-01617

|  | *Letter Acknowledging Receipt of Writ of Habeas Corpus- Defendant* |
| --- | --- |
| 09/20/2013 | Letter Acknowledging Receipt of Writ of Habeas Corpus |
|  | *Letter Acknowledging Receipt of Writ of Habeas Corpus- Hon Migdalia Lopez* |
| 10/31/2013 | Scofflaw Removed |

| DATE | FINANCIAL INFORMATION |
| --- | --- |

| Defendant HESS, SCOTT WILLIAM | |
| --- | --- |
| Total Charges | 609.00 |
| Total Payments and Credits | 61.50 |
| **Balance Due as of 11/15/2013** | 547.50 |

*Printed on 11/15/2013 at 11:04 AM*

PDF created with pdfFactory Pro trial version www.pdffactory.com



"STATEMENT"    7-4-15

TO: JOSEPH KNIZLE - ATTORNEY
    BROWNSVILLE, TX. / PORTER, TX.

FROM: SCOTT HESS, TX. INMATE # 1541004

RE: INVOLUNTARY GUILTY PLEA

DEAR SIR,
    A CERTIFIED PARALEGAL (AND
FELLOW INMATE) HELPED ME WITH
AN OUTLINE TO PRESENT TO YOU THAT
DEMONSTRATES THAT MY GUILTY PLEA
ON 9-14-12 WAS, IN FACT, INVOLUNTARY!

1) VERIFYABLE FROM COUNTY D.A.'S
OFFICE THAT THE STATE ORIGINALLY
OFFERED TO THE DEFENDANT A 5 YR.
SENTENCE AT T.D.C.J. - I.D.

2) ON 9-14-12 DEFENDANT PLEAD
GUILTY ON AN OPEN PLEA IN COURT
WHERE UPON DEFENDANT RECIEVED A
SENTANCE OF 10 YEARS T.D.C.J.
INSTEAD OF THE ORIGINAL PLEA OFFER
BY THE STATE OF 5 YEARS.



7-4-15

3) THE QUESTION THEREFOR BECOMES
"WHAT CAUSED THE DEFENDANT TO
MAKE AN OPEN GUILTY PLEA, THEREBY
RECIEVING A 10 YEAR SENTANCE
INSTEAD OF ACCEPTING THE ORIGINAL
STATES OFFER OF 5 YEARS T.D.C.
TIME?"

DEFENDANT'S COURT APPOINTED
COUNSEL, MR. SCROLA, IS RESPONSIBLE
FOR APPLICANTS REJECTION OF THE
ORIGINAL 5 YEAR SENTANCE OFFER BY
STATE. MR. SCROLA IS FURTHER
RESPONSIBLE FOR DEFENDANT'S
DECISION TO MAKE AN OPEN PLEA
IN COURT., WHERE UPON DEFENDANT
RECIEVED 10 YEARS. (T.D.C.)

4) MR. SOROLA INFORMED DEFENDANT
OF STATES ORIGINAL 5 YEAR OFFER.
MR SOROLA THEN INFORMED DEFENDANT
THAT WE COULD TAKE THE CASE TO
TRIAL AND TRY TO GET CASE DROPPED
DOWN TO A MISDEMENOR — BUT MR.
SOROLA MADE IT SOUND LIKE THIS
WAS VERY UNLIKELY TO MATERIALIZE.
MR. SOROLA THEN INFORMED ME
THAT THE BEST OPTION WOULD BE

③

7-4-15

TO MAKE A "COLD PLEA" (OPEN PLEA)
IN COURT... AND THAT JUDGE LOPEZ
WOULD "<u>PROBABLY</u>" GRANT PROBATION
TO ME IN THIS CASE.

5) AS CAN BE SEEN ABOVE, THE
PROSPECT OF RECIEVING "PROBATION"
IS A VERY INTICING ELEMENT FOR
ANYONE WHO FINDS THEMSELVES
ENTANGLED IN SUCH A CIRCUMSTANCE
AS THIS CASE INVOLVES, THIS PROSPECT
OF RECIEVING PROBATION SET FORTH
BY MR. SOROLA IS INFACT THE
ELEMENT THAT COMPELLED ME TO
REJECT THE ORIGINAL 5 YEAR PLEA
OFFER BY STATE, AND INSTEAD ENTER
A "COLD PLEA" IN THIS CASE WHICH
THEREBY SUBJECTED ME TO RECIEVING
THE MORE SEVERE PENALTY — 10 YEARS.
INSTEAD OF 5 YEARS PREVIOUSLY
OFFERED BY THE STATE.

6) ON 10/10/12 JUDGE LOPEZ SENTENCED
ME TO 10 YEARS T.D.C.

7) NO NOTICE OF APPEAL WAS
FILED BY MR. SOROLA, NOR WAS



7-4-15

...WAS ANY APPEAL FILED BY MR. SOROLA
AS MR. SOROLA HAD PREVIOUSLY
PROMISED HE WOULD DO IN THE
EVENT THAT I WOULD RECIEVE THE
MAXIMUM SENTANCE OF 10 YEARS BY
THE COURT.

8) FOR A GUILTY PLEA TO BE VALID -
IT CANNOT BE THE ~~RESULT~~ RESULT
OF COERSION, THREATS, PROMISES
OR INEFFECTIVE ASSISTANCE OF
COUNSEL.

9) A GUILTY PLEA MUST BE
FREELY AND VOLUNTARILY MADE
BY THE DEFENDANT.

10) WHEN THE VOLUNTARINESS OF A
GUILTY PLEA IS ~~PROMISED~~ RELIANT
UPON PROMISES MADE BY COUNSEL,
THE PLEA IS RENDERED INVOLUNTARY
UPON COUNSEL'S FAILURE TO PERFORM
THE PROMISES HE PREVIOUSLY MADE
TO COMPEL A DEFENDANT TO
MAKE A PLEA OF GUILTY IN THE
FIRST PLACE.



7-4-15

BY THE COURT TO PROVIDE HIS
ANSWER IN WRITING UNDER SWORN
AFFIDAVIT AS TO WHAT THE
COMPELLING FACTOR WAS DURING
HIS REPRESENTATION OF DEFENDANT
THAT COMPELLED ME TO REJECT
THE STATE'S ORIGINAL PLEA OFFER
OF 5 YEARS, AND INSTEAD TO MAKE
AN OPEN PLEA (COLD PLEA) THEREBY
SUBJECTING ME TO THE MORE SEVERE
PENALTY OF 10 YEARS ENCARCERATION
INSTEAD OF 5 YEARS. THERE CAN BE
NO DOUBT THAT I WAS MANIPULATED
BY THE UNCONSTITUTIONAL CONDUCT
OF MR. SCRUGA — WHEREIN — AS
SHOWN ABOVE, MR SCRUGA WAS THE
PERSON RESPONSIBLE FOR DECEITIVELY
MANIPULATING ME TO REJECT THE
5 YEAR PLEA OFFER BY THE STATE
AND INSTEAD MAKING AN OPEN
PLEA WHEREBY I RECIEVED A 10 YEAR
SENTANCE.

14) I RAISED THIS ISSUE IN AN
APPLICATION FOR HABIAS CORPUS
RELIEF UNDER ART. 11.67 FILED ON
8-27-15.

⑦                                                    7-4-15

15) APPLICANT WAS DENIED DUE
PROCESS OF LAW PERSUANT TO
SAID WRIT APPLICATION, WHEREIN
JUDGE LOPEZ "COVERED" FOR
MR SOROLA'S ILLEGAL ACTIVITY BY
MAKING FALSE CLAIMS AND
ASSERTIONS IN HER RESPONSE TO
MY WRIT APPLICATION IN ORDER TO
FORMULATE FALSE SUPPORT FOR
COUNSEL SOROLA, AND PROTECT HIM
FROM EXPOSURE OF HIS WRONG-
DOING AND INTENTIONAL
INEFFECTIVE ASSISTANCE OF COUNSEL
WHICH ~~SOROLA~~ HE RENDERED
DURING HIS REPRESENTATION OF
APPLICANT IN THIS CASE.

16) NOTE: SEE JUDGE LOPEZ RESPONSE
TO MY ORIGINAL WRIT APPLICATION
UNDER ART. 11.07

17) THIS EVIDENCE DEMONSTRATES
THAT JUDGE LOPEZ IS ACTING
"IN CONCERT" WITH COUNSEL SOROLA
TO CONTINUE DENYING APPLICANT
DUE PROCESS OF LAW IN THIS
CASE.



7-4-15

18) THE FUNDAMENTAL MISCARRIAGE OF JUSTICE OF APPLICANT IN THIS CASE IS OBVIOUS. AND JUSTICE REQUIRES AN EVIDENTIARY HEARING TO FURTHER DEVELOPE THE RECORD PERSUANT TO THE ABOVE, SO THAT APPROPRIATE MEASURES CAN BE ACHIEVED TO RIGHT THE WRONG THAT HAS BEEN DONE IN THIS CASE.

AN EVIDENTIARY HEARING IS REQUIRED WHEN A HABIAS APPLICANT HAS DEMONSTRATED THAT THERE ARE CONTRAVERTED PREVIOUSLY UNRESOLVED FACTS MATERIAL TO THE LEGALITY OF HIS/HER CONFINEMENT.

19) JUDGE LOPEZ INTENTIONALLY DENIED APPLICANT DUE PROCESS OF LAW IN APPLICANTS PREVIOUS WRIT APPLICATION. DUE TO THE UNLAWFUL/UNCONSTITUTIONAL MANOR IN WHICH JUDGE LOPEZ HANDLED HER RESPONSE TO APPLICANTS FIRST WRIT APPLICATION. THE MATTERS CONTAINED THEREIN AND THE MATTERS



7-4-15

CONTAINED ~~THERE~~ HERE IN ARE CONTRAVENTED ~~REVISED~~ PREVIOUSLY UNRESOLVED FACTS MATERIAL TO THE LEGALITY OF APPLICANTS CONFINEMENT. AND THEREFOR AN EVEDENTIARY HEARING IS REQUIRED TO RESOLVE THESE FACTS. THE HARM TO APPLICANT IS OBVIOUS.

— Leon W. Hess
7-4-15

Case 4:15-cv-01759   Document 9-4   Filed in TXSD on 08/25/15   Page 20 of 27

CAUSE # 2012 DCR 1617

2/18/14

THE STATE OF TEXAS ✳ IN THE 197TH
                VS.
SCOTT HESS          ✳ DISTRICT COURT
                    ✳ OF CAMERON COUNTY,
                    ✳ TEXAS

DEFENDANTS MOTION FOR A FREE COPY
OF THE CLERK'S RECORDS AND COURT
REPORTER'S RECORDS FOR AN OUT OF
TIME APPEAL.

BOUNDS V. SMITH 430 U.S. 817

TO THE HONORABLE JUDGE OF THE
ABOVE SAID COURT: MIGDALIA LOPEZ

RESPECTFULLY SCOTT HESS, THE DEFENDANT
IN THE ABOVE CAUSE AS NUMBERED, PETITION
THIS COURT FOR AN ORDER INSTRUCTING
THE DISTRICT CLERK AND COURT
REPORTER TO BOTH PROVIDE ME WITH
A TRUE AND CORRECT COPY OF THE
RECORDS IN THIS ABOVE NUMBERED
CAUSE FOR PURPOS OF AN OUT OF TIME
APPELLATE BRIEF TO BE PREPARED. IN
SUPPORT OF THIS MOTION THE DEFENDANT
WOULD SHOW AS FOLLOWING.

I

THE DEFENDANT PETIONED THIS COURT
WITH A WRIT OF HABIAS CURPUS AND
WAS ADVISED BY THIS COURT THAT I
"MAY PRESENT THE ISSUES IN AN OUT-
OF-TIME-APPEAL" BUT NOT IN A HABIAS
CORPUS APPLICATION." SEE ORIGINAL
HABIAS CORPUS APPLICATION ON FILE IN
THIS COURT.

pg. 2

2-18-14

## II

THE UNITED STATES SUPREME COURT IN BOUNDS V. SMITH, 430 U.S. 817 AT 822-24 MADE CLEAR THAT PRISONERS HAVE ABSOLUTE RIGHT TO "ADQUATE EFFECTIVE, AND MEANINGFUL ACCESS TO COURTS TO CHALLENGE THE LEGALITY OF THEIR CUSTODY." THE SUPREME COURT WENT ON TO HOLD AND EXPRESS IN "BOUNDS" THAT "WE REALIZE THE RIGHT TO ACCESS TO THE COURTS WOULD BE MEANINGLESS IF INDIGENT PRISONERS WERE NOT AFFORDED FREE COPIES OF THE TRIAL COURT RECORDS. THERE FOR WE HOLD THAT INDIGENT PRISONERS WERE NOT AFFORDED FREE COPIES OF THE TRIAL RECORDS, THEREFORE WE HOLD THAT INDIGENT PRISONERS MUST BE PROVIDED WITH FREE TRANSCRIPTS." AT 822-24

### PRAYER

THE DEFENDANT PRAYS THAT THIS MOTION IS IN ALL THINGS GRANTED.

RESPECTFULLY
SUBMITTED

Scott W. Hess

2014, 2, 18

5-1-14

TO: MS. JESSICA CARRIZALES
    COURT COORDINATOR FOR THE 197 TH
    DISTRICT COURT - BROWNSVILLE, TX.
FROM: SCOTT HESS - INMATE #1841004
    GARZA & WEST UNIT - BEEVILLE, TX.
RE: COMPLAINT REGARDING UNANSWERED
    COURT MOTION.

DEAR MS. CARRIZALES,
    I SENT THE ENCLOSED COURT "MOTION
FOR A FREE COPY OF THE CLERKS RECORDS FOR
AN OUT OF TIME APPEAL"... OVER 2 MONTHS
AGO, AS YOU CAN SEE MY LETTER IS DATED
2-18-14. I STILL HAVE NOT RECIEVED A
RESPONSE.
    WITH GREAT PATIENCE IM FIGHTING
AN ACTUAL INNOCENCE CASE ALL ON MY
OWN - PROCEEDING PRO SE' - NOT BY
ANY CHOICE OF MY OWN - AND AM DOING
MY BEST ACTING AS MY OWN ATTORNEY,
ME, A DISABLED MENTAL OUTPATIENT.
    IT IS MY CONTENTION THAT 1) I WAS
NOT IN MY RIGHT FRAME OF MIND (THROUGH
NO FAULT OF MY OWN) TEMPORARILY, BOTH
AT THE TIME OF ARREST AND CONVICTION...
AND 2) NO ACTUAL CRIME WAS COMMITTED.
SEE MY CORRESPONDANCE W/ THE JUDGE
AFTER SENTENCING. THANK YOU

6-11-14

TO: CLERK, 197 TH DISTRICT COURT
    BROWNSVILLE, TX.
FROM: SCOTT HESS — INMATE # 1841004
    MICHAEL UNIT — TENNESSEE COLONY, TX.
RE: COURT RECORDS AND COURT REPORTER.
    TRANSCRIPS FOR CASE #2012-DCR-1617

TO WHOME IT MAY CONCERN,
    I CAN ASK MY FAMILY FOR THE
CASH TO PURCHASE MY COURT RECORDS
AND TRANSCRIPTS... CAN YOU PLEASE
SEND ME A QUOTE OF THE COST ALONG
WITH A SUMMERY OF SAID DOCUMENTS?

    ALSO, I AM WANTING ~~THE~~ RECORDS
FROM # 2012 DCR 1617 (B) AND
2012 DCR 1617 (C).

THANK YOU FOR YOUR TIME.

            — RESPECTFULLY
            Scott W. Hess

7-23-14

TO: HON. JUDGE MIGDALIA LOPEZ
197TH DISTRICT COURT
BROWNSVILLE, TX.
FROM: SCOTT HESS - INMATE #1841004
MICHAEL UNIT - TENNESSEE COLONY
(PLEASE NOTE NEW ADRESS) - TEXAS
RE: COPY OF MY COURT TRANSCRIPTS
CASE #2012 DCR 1617.

YOUR HONOR,
I'M A TRUCK DRIVER BY TRADE, AND
I WOULD NEVER LEAVE THE VALLEY
WITHOUT A MAP... LIKEWISE I
CAN'T WORK ON MY CASE ~~THE TRANS~~ (SH)
~~CRIPTS... THIS IS MORE THAN UNFAIR.~~ (SH)
WITHOUT MY TRANCRIPTS. THIS IS
MORE THAN UNFAIR.

MY FAMILY HAS SENT ME THE
MONEY TO PURCHASE SAID DOCUMENTS
AND I KEEP INQUIRING FRUM
YOU AND YOUR COURT - I HAVE HAD
NO LUCK.

ONCE AGAIN, MAY I PLEASE HAVE
A SUMMERY OF ~~XXX~~ ALL MY DOCUMENTS
AND A QUOTE AS TO THE COST?
THINK YOU. RESPECTFULLY
- Scott M. Hess

9-18-14

TO: CLERK
197 I<sup>th</sup> DISTRICT COURT
BROWNSVILLE, TX.

FROM: SCOTT HESS — INMATE 1841004
TENNESSEE COLONY, TX.

RE: MY COURT RECORDS
2012-DCR-1617 (B, C + D)

DEAR MA'AM,
    PERHAPS MY FAMILY WILL HELP
ME PURCHASE MY RECORDS — BUT
I NEED TO KNOW HOW MUCH IT
WILL COST. CAN YOU PLEASE, AT
YOUR EARLIEST CONVIENIENCE,
SEND ME A SUMMERY OF ALL
THE RECORDS IN MY CASE? AND
THEN I WILL CONTACT YOU
WITH REGARDS TO WHICH RECORDS
I NEED. THEN I CAN ASK
HOW MUCH IT WILL COST TO
OBTAIN A COPY OF THE NEEDED
RECORDS. THANK YOU.
            — RESPECTFULLY,
            SCOTT HESS
            Scott W. Hess

S-3-15

TO: ATTORNEY JOE KRIPPEL

FROM: SCOTT HESS. TX INMATE #1841004

RE: COURT CLERKS RECORDS, TRANSCRIA

DEAR SIR,
IF IT IS NECESSARY — I CAN CONTACT
MY FAMILY IN MICHIGAN AND ASK FOR
THE MONEY TO GET MY TRANSCRIPTS
AND CLERK'S RECORDS.

CAN YOU PLEASE FIND OUT HOW
MUCH IT WILL COST TO GET THE CLERK'S
RECORDS — AND THE TRANSCRIPTS AND
SEND ME THE TOTAL COST.

MAYBE BY THIS TIME NEXT MONTH
I'LL HAVE MY RECORDS AND
TRANSCRIPTS. I CAN HAVE MY
FAMILY CONTACT YOU AFTER WE
GET A PRICE. I MUST APPROACH
THEM VERY CAREFULLY ABOUT THIS
MATTER — AND FIRST I NEED TO
KNOW HOW MUCH.

(THE CLERK HAS BEEN IGNORING MY
INQUIRIES)   — THANK YOU. Scott Hess

6-8-15

TO: CLERK, 197TH DISTRICT COURT
     BROWNSVILLE, TX.

FROM: SCOTT HESS. TX. INMATE 1841004
      MICHAEL UNIT
      2664 F.M. 2054
      TENNESSEE COLONY, TX. 75886

RE: CAUSE # 2012 DCR 1617
          # 2012 DCR 1617 B
          # 2012 DCR 1617 C
          # 2012 DCR 1617 D

DEAR CLERK,
     THANK YOU IN ADVANCE FOR
CHECKING THE COST OF MY CLERK'S
RECORDS. I ONLY NEED A PRICE
FOR CLERK'S RECORDS — I DO NOT
NEED ANY INFORMATION REGARDING
THE COURT TRANSCRIPTS. MY FAMILY
MAY BE ABLE TO HELP ME WITH
THE COST OF THESE RECORDS...
BUT WE NEED TO KNOW—HOW
MUCH?

                    THANK YOU AGAIN.

                    — RESPECTFULLY
                    Scott Hess