

① REBUTTAL  # 51  7-29-1

## PETITIONERS RESPONSE TO
## MOTION FOR SUMMERY JUDGEMENT

I SCOTT HESS AM GOING TO DO MY
BEST TO ANSWER THIS FRAUDULENT
DOCUMENT POINT BY POINT, PAGE BY
PAGE, WITHOUT THE ASSISTANCE OR
COUNSEL OF AN ATTORNEY, WHICH I
FEEL IS A MISCARRAIGE OF JUSTICE.
I HAVE HAD NO (EFFECTIVE)
ATTORNEY SICE THE DAY OF MY
ARREST 4/19/12.

PAGE 1: IN THE FIRST PLACE, MY
NAME IS NOT, WAS NOT EVER "GEOFERY".
I DONT CHALLENGE MY CONVICTION ON
TEN GROUNDS. MY ORIGINAL APPLICATION
TO THE STATE CONTAINED ONE GROUND
WITH A SUPPLIMENTAL CITATION AND
A SECOND SUPPLIMENT WITH THE
ISSUES CONCERNING MY CONSTITUTIONAL
RIGHTS AS A M.H.M.R. CLIENT. I THEN
ASKED THE FEDERAL COURT TO
CONSIDER 9 MORE GROUNDS IN THE
INTEREST OF NOT HAVING A MISCARRIAGE
OF JUSTICE. PAGE

PAGE 2: GROUNDS 2-5 CONTAINED THE
SAME INFORMATION AS MY SECOND



7-29-14

SUPPLIMENT (OR GROUND) TO THE
STATE. I MUST EXPLAIN THAT DURING
THE SUMMER OF 2013, WHEN MAKING
MY ORIGINAL APPLICATION TO THE STATE,
I WAS GOING THRU A TIME WHEN
I WAS VICTIMIZED BY MEDICAL MAL-
PRACTICE — MY PSYCHE MEDS WERE
CHANGED FOR THE WORSE AND I
EXPERIENCED GREAT MENTAL TRAUMA
UNTILL FINALLY I HAD TO BE
HOSPITALIZED IN DECEMBER (2013).
I WAS RELEASED FROM THE HOSPITAL
IN FEBUARY OF 2014 AND AM STILL
WORKING WITH MY PRESENT PSYCHIATRIST
TRYING TO GET THE MEDICATION
"RIGHT". I'M EXPERIENCING SYPTONS
OF PHYSICAL ILLNESS FROM MY
PRESENT TYPES OF MEDICINES AND I
FEEL THAT IT IS ALSO A MISCARRIAGE
OF JUSTICE THAT I'M LEFT TO DEFEND
MYSELF AGAINST THE STATE WITHOUT
COUNSEL.
    I SAY THAT THE TRIAL COURT REACHED
A DESCISION AFTER THEY RECIEVED
MY 2 SUPPLIMENTS NOT BEFORE!
    I SAY THERE WAS COLLUSION
BETWEEN THE TRIAL COURT JUDGE
MIGDALIA LOPEZ AND MAJISTRATE

(3)                                                    7-29-14

RONALD MORGAN. MORGAN HAD
BEEN SIGNING ORDERS ON THE
CASE AS THE PRESIDING JUDGE.
(WHICH HE IS NOT) JUDGE HANEN
IS THE PRESIDING JUDGE. WHEN
I CONFRONTED HIM ABOUT THIS
HE RESPONDED WITH A LETTER DATED
MAY 2 (2014) RECLUSING HIMSELF FROM
THE CASE DUE TO A "CONFLICT OF
INTEREST."

    I AM ENTITLED TO MY COURT
RECORDS! AS PER BOUNDS V. SMITH
430 U.S. AT 822-24. THE SUPREME
COURT (U.S.) MADE CLEAR THAT PRISONERS
HAVE ABSOLUTE RIGHT TO "ADEQUATE
EFFECTIVE AND MEANINGFUL ACCESS TO
COURTS TO CHALLENGE THE LEGALITY OF
THEIR CUSTODY." THE SUPREME COURT
WENT ON TO HOLD AND EXPRESS IN
"BOUNDS" THAT "WE REALIZE THE
RIGHT TO ACCESS TO THE COURTS
WOULD BE MEANINGLESS IF INDIGENT
PRISONERS WERE NOT AFFORDED FREE
COPIES OF THE TRIAL COURT RECORDS
THEREFOR WE HOLD THAT INDIGENT
PRISONERS MUST BE PROVIDED WITH
FREE TRANSCRIPTS". AT 822-24

7-29-14

(4)

THERE NEVER WAS ANY CORPUS
CHRISTIE PETITION! ~~CHALLENGE~~

PAGE 3: IS COMPLETELY FABRICATED.
(AND INTO PAGE 4) THE GROUNDS I
SUBMITTED TO THE U.S. DISTRICT
COURT AND THE GROUNDS I ASKED
THEM TO CONSIDER FURTHER, TO
AVOID A MISCARRIAGE OF JUSTICE
(OF COURSE IT IS TOO LATE FOR THAT)
ARE AS FOLLOWS: 1) VIOLATION
OF DUE PROCESS OF LAW — INEFFECTIVE
ASSISTANCE OF COUNSEL, INVOLUNTARY
PLEA. 2) CRIMINAL HISTORY USED
AGAINST ME (AND EVEN ARRESTS)
DURING THE "PLEA BARGAIN" PHASE
OF MY CASE, AND USED TO "COERSE" ME
INTO MAKING A GUILTY PLEA.
3) INNEFFECTIVE ASSISTANCE OF
COUNSEL. NO M.S.O. ORDERED). (MENTAL
STATE OF OFFENDER EXAMS) AT MY
OWN REQUEST — BEFORE THE
APPOINTMENT OF MR. SUROLA AS MY
DEFENSE ATTORNEY...I HAD A
REDICULOUSLY BRIEF EXAM ⊘ BY
A STATE "PSYCOLOGIST" — NOT A
PSYCHIATRIST — MY PROBLEM IS
MEDICAL — NOT PSYCHOLOGICAL.



7-29-14

4) MY MENTAL CONDITION. THRU NO FAULT OF MY OWN, I WAS DENIED CARE AT MY LOCAL M.H.M.R. CLINIC IN 2011 AND IN FEB. OF 2012 I HAD A "SET BACK" (BREAKDOWN) WHICH I AM STILL RECOVERING FROM.

5) THE INDIFERENCE OF THE COURT LEAVING ME LINGERING IN THE COUNTY JAIL FOR "OVER 90 DAYS" WITHOUT APPOINTING ME PROPER AND EFFECTIVE COUNSEL. (AND STILL)

6) FALSE AND INVALID CONFESSION. I NEVER CONFESSED TO ANY CRIME EVER! NONE OF THE ESSENTIAL ~~(FRYAXAUX AREX~~ ELEMENTS FOR A CRIME TO HAVE BEEN COMMITTED EXIST. MY ATTORNEY, SUROLA, TOLD ME THAT THE D.A. SOMEHOW EXTRACTED A CONFESSION WITH MY (TAPE RECORDED) BRIEF CONVERSATION WITH THE STATES PSYCHOLOGIST. AND I WAS TRICKED INTO BELIEVING THAT I WAS IN FACT GUILTY. 7) BIAS BY JUDGE, WHO GAVE ME AN EXCESSIVE SENTANCE. THEY TOLD ME THEY HAD MY CONFESSION... BY LAW LENIENCY IS SUPPOSED TO BE GIVEN. AND THE REASON I PLEAD GUILTY (AND NOT NO

7-29-14

8) BIAS + PREJUDICE BY D.A.. LYING!
MR. GILMAN, THE D.A. AT ~~WAS~~ WHAT
SHOULD HAVE BEEN MY TRIAL. AND
ALSO LYING BY THE ASSISTANT DA THAT
I FEEL CAUSED MY BOND TO BE EXCESSIVE
BY STATING I HAVE A ROBBERY
CONVICTION! 9) BIAS + PREJUDICE BY
COURT APPOINTED ATTORNEYS. MR GALARZA
WAS MY ORIGINAL ATTORNEY APPOINTED.
HE FAILED TO APPEAR ALTOGETHER. MR
SOROLA, WAS APPOINTED FINALLY. BUT IT
DOESN'T REFLECT THAT ON THE COURT
RECORD ON EXHIBIT 'B' OF THE RESPONDANTS
MOTION TO STAY DATED 12-12-13. WHY?
BECAUSE MR SOROLA AND ANOTHER UNAMED
ATTORNEY ARE BOTH REGULARS IN JUDGE
LOPEZ COURTROOM. THEY JUGGLE "STACKS"
OF FILES ~~AND~~ AND DON'T FIGHT CASES
FROM WHAT I SAW SEVERAL TIMES IN
COURT... AND THE M.H.M.R. PATIENTS
ARE NUMEROUS — AND TREATED BRUTALLY
NO COMPASSION... ACCORDING TO THE
RECORD I HAVE — I WAS TRANSFERRED
FROM JUDGE LEAL'S COURT. WHY?
IF WHAT I'M STATING IS TRUE — THEN
THESE ARE, BY DEFINITION, HATE
CRIMES! 9) BIAS + PREJUDICE BY
POLICE — I ONLY RECENTLY UNDERSTOOD
THAT I COMMITTED NO CRIME — WHY WAS

7-29-14

⑦

I EVEN ARRESTED? I HAVE BEEN
VICTIM TO POLICE HARRASMENT IN
BROWNSVILLE FOR YEARS. FOR ONE
THING I'M WHITE IN AN ALL-HISPANIC
TOWN... AND THE FACT THAT MY
CONTENTIOUS EX WIFE HAS A HABIT
OF CALLING THE POLICE ON ME FOR
NO REASON... AND I HAVE BEEN
HOMELESS A FEW TIMES IN BETWEEN
TRUCK DRIVING JOBS... AND, OH YES
I'M M.H.M.R !!

(11⑩) DEFICIENT INDICTMENT. THE
DEFICIENCIES TO MY INDICTMENT
ARE LAID OUT, I'M TOLD, IN BOUVEIRS
LAW DICTIONARY AND TUCKER'S COMMENTARIES
VOL. 5. AND EX PARTE' VIRGINA ( A SUPREME
COURT RULING) NONE OF THESE RESOURCES
ARE AVAILABLE TO ME. 12) NO COMP-
ETANCY HEARING — INEFFECTIVE
ASSISTANCE OF COUNSEL. ~~THE~~ AND
TIED TO THAT IDEA IS GROUND 13)
INEFFECTIVE ASSISTANCE OF COUNSEL—
CONSTITUTIONAL RIGHTS VIOLATIONS AS A
DISABLED PERSON. (MENTAL PATIENT) I'VE
ALWAYS BEEN CONSIDERED A BORDERLINE
CASE. TECHNICALLY I TRY TO WORK
WITH MY DISABILITY THE ROAD WE

FOR TRYING MENTAL PATIENTS (WHO ARE OBVIOUSLY HAVING DIFFICULTY) IS PLAINLY LAID OUT IN AKE V. OKLAHOMA 470 U.S. 68, 83 (1985) THERE IS SUPPOSED TO BE AN EXAM GIVEN A.S.A.P. BY THE STATE, ONE BY A LISCENSED PSYCHIATRIST AND ANOTHER BY A COURT APPOINTED PRIVATE PSYCHIATRIST (FOR INDIGENT). THESE EXAMS A VERY THOUROUGH — NOTHING LIKE I HAD. THEN THESE 2 ARGUE IN A CUMPETANCY HEARING REGARDING THE DEFENDANT ... AND AS TO THE MENTAL STATE OF THE OFFENDER AT ARREST.

14) CRUEL AND UNUSUAL PUNISHMENT AFFECTED THIS APPEAL. AT NO TIME ARE PRISONERS IN THE COUNTY JAIL OR THE STATE FACILITIES I WAS IN ALLOWED 8 HOURS OF UNITERRUPTED SLEEP. I HAVE A SLEEP DISORDER AS THE ROOT CAUSE OF MY PSYCIATRIC PROBLEMS. SLEEP DEPRIVATION. AND WITH MY BAD BACK I'M GIVEN NO GOOD MATRESS... I'M IN TERRIBLE SHAPE! NO I WAS DENIED MY PSYCHE MEDS THAT I'VE TAKEN FOR OVER 30 YEARS. AND STILL! I WAS DRIVEN IN AND OUT A PRISON PSYCHE FACILITY (HOSPITAL). THIS IS MORE THAN EMBARRESING, FOR THE STATE AS WELL! MISCARRIAGE OF JUSTICE!!

(9)                                                    7-29-14

I MUST ALSO POINT OUT THAT WHAT THE
ATTORNEY GENERAL'S ASSISTANT LISTED AS
MY GROUND '5' IS RUTHLESSLY MISLEADING.
I DIDN'T GO WITHOUT SEEING AN
ATTORNEY FOR 10 DAYS — IT WAS
BETWEEN 3 AND 4 MONTHS !
ANOTHER MISCARRIAGE OF JUSTICE.
THESE ~~RIGHTS/THESE~~ GROUNDS ARE
SIMPLY NOT EXHAUSTED YET.

MY PLE WAS NOT KNOWING AND
VOLUNTARY. I WAS GIVEN ERRONEOUS
ADVICE — I HAD NO CHANCE TO CONSULT
WITH THE ATTORNEY SOROCA, HE DID NOT
INQUIRE AS TO ANY DEFENSES, GAVE
ME NO ~~xxxx~~ (GOOD) ADVICE AND DID
NOT ATTEMPT TO DETERMINE IF I WAS
EVEN GUILTY. SEE EX PARTE' HARRIS
596 S.W. 2d 893 (TEX CRIM. APP. 1980);
EX PARTE BURNS, 601 S.W. 2d 370 (TEX
CRIM APP. 1980); EX PARTE MARROW CITING
HILL V. LOCKHART—STRICLAND V. WASH-
INGTON.

PAGE 5. HOW COULD JUDGE MIGDALIA
LOPEZ ORDER A PSYCHIATRIC
EVALUATION ON SEPT. 4TH 2012 WHEN
THE PSYCOLOGICAL (SUPPOSED) EXAM WAS
ABOUT A MONTH EARLIER ? DR. MOROW

TAPE RECORDED OUR LITTLE SESSION
AND THE DATE WAS MENTIONED.
THIS WAS ONE OF ONLY A FEW
QUESTIONS ASKED OF ME — TWO OF
WHICH I ANSWERED INCORRECTLY I
DO BELIEVE.

THE LAW DOES NOT REQUIRE THAT
THE FEDERAL WRIT APPLICATION
CANNOT BE FILED WHILE WAITING
FOR THE STATES DETERMINATION.
ESPECIALLY WHEN THE STATE
LIES AND SAYS THEY DON'T HAVE
THE (11.07) APPLICATION. SEE THE
LETTER TO ME DATED 9/20/13 FROM
YVONNE CALZADA, DEPUTY DISTRICT
CLERK FOR AURORA DE LA GARZA —
CAMERON COUNTY DISTRICT CLERK. THE
SEE THE RESPONDANTS MOTION TO
STAY-EXHIBIT 'A'... WHERE SUPPOSEDLY
IT WAS NEVER RECIEVED). THE
FEDERAL GOVERNMENT WAS MY ONLY
KNOWN OPTION TO ME AT THAT TIME!
        PAGE 6:
AGAIN MY RECORDS ARE MY BUSINESS.
MY SUPREME COURT RULING IS DATED,
2005! SEE PAGE '3' OF THIS AFFIDAVIT.
AND I BELIEVE A MISCARRAGE OF
JUSTICE TRUMPS ANY DEFAULT!

(11)

7-29-14.

I ALSO FEEL THAT IN MY INITIAL STATE WRIT APPLICATION, I HIT THE MARK WITH MY FIRST GROUND. THE WAY IT WAS WORDED WAS ~~THE~~ "VIOLATION OF DUE PROCESS OF LAW". THIS SHOULD COVER ATOP ALL MY ~~ISSUE~~ ISSUES RAISED IN GROUNDS 2-5, OR BASICALLY ONLY ONE FURTHER ISSUE COVERING GROUNDS 12 + 13 AS WELL. THE FACT THAT I WAS A MENTAL PATIENT AND HOW MY RIGHTS WERE GROSSLY VIOLATE IN THAT RESPECT... ~~IN SUFFICIENT~~ "INEFFECTIVE ASSISTANCE OF COUNSEL" THIS WOULD COVER NOT ONLY THE "INVOLUNTARY PLEA"... BUT GROUNDS 3, 6, 9, 12, AND I'M WANTING TO ADD YET ANOTHER MISCARRAGE OF JUSTICE... GROUND 15! HOW THE ATTORNEY SOROLA PROMISED TO HANDLE MY APPEAL AND DIDN'T. SEE MY ORIGINAL PETITIONS (1607 + 2254) THIS WOULD AGAIN BE COVERED IN GROUND ONE! SEE... CHAPMAN V. U.S. 469 F. 2d 634 (5TH CIR. 1974) (SEE ALSO — LUMKIN V. SMITH) ~~449 SE~~

    PLEASE ALLOW ME TO CHALLENGE THE CORRECTNESS OF THE STATES FINDING OF FACT. SEE SPICE GOOD V. ALABAMA 577 F. 2d 1322 (5TH CIR. 1978) — HABIAS

(1α)                                                                7-29-14

RELIEF GRANTED IF STATE COURTS
FACTUAL CONCLUSIONS CONTAIN
"PLAIN ERROR" AND NOT "HARMLESS
ERRORS, AS IN HARRINGTON V. CALIFURNIA.
THIS ALONE ENTITLES ME TO A REVERSAL—
AN <u>AQUITTLE</u> IS IN ORDER!
   THE <u>MOTION</u> FOR SUMMERY JUGEMENT
ITSELF STARTING ON PAGE 6 IS TOO
COMPLICATED AND I NEED AN ATTORNEY
TO ANSWER THIS. AGAIN I HAVENT
HAD ONE YET! (TECHNICALLY) NOT SINCE
MY ARREST! AND MIGHT I ADD THAT
I WAS NEVER GIVEN ANY CHANCE TO
MAKE ANY KIND OF A STATEMET AT
ALL BEFORE THE INDICTMENT BEFORE
THE UNLAWFUL CONVICTION!! THIS
IS ALSO A "MISCAIRRAGE OF JUSTIE"!
   I DO NOTICE IN THE MIDDLE OF
PAGE 7 IT TALKS ABOUT THE CORRECTNESS
OF THE STATES AFFIDAVIT UNTILL I
REBUTE IT... I ASSUME THAT THIS
IS IN REFERENCE TO A <u>SIGNED</u>
<u>DOCUMENT</u>. THIS MOTION AS OF
YET BEARS NO SIGNATURE BY
<u>ANY BODY</u> — AND IS <u>NOT</u> A SWORN
AFFIDAVIT. MY REBUTTLE IS
UNDERSTANDABLY UNTIMELY — IN
<u>MY</u> SITUATION. FOR THIS GARBAGE
TO BE ACCEPTED AS FACT WOULD

7-29-14

(13)

BE YET ANOTHER MISCAIRRAGE OF
JUSTICE!

PAGE 8: → PAGE 9: AGAIN I STATE
THAT THE TRIAL COURT RECIEVED MY
2ND SUPPLIMENT 2-3 DAYS AFTER IT
WAS SENT ON SEPT. 12 - ACCORDING TO
THE MAIL ROOM RECORD AT GARZA WEST
TRANSFER FACILITY. THE WRIT AND
IT'S SUPPLIMENTS ARE FILED THE DAY
THEY WERE PLACED IN THE MAIL AT
MY UNIT. AUG. 26 - WRIT APPLICATION
11-07. SEPT 5 - ~~3RD~~ SUPPLIMENT AND
SEPT 9 — THIRD PIECE OF MAIL - SUPPLIMENT
#2. THE TRIAL COURT ACKNOWLED THE
FIRST SUPPLEMENT - WHY NOT THE 2ND?
ALLOW ME TO EXPLAIN... ACCORDING TO
THIS MOTION, IT READS THAT "MIGDALIA"
DENIED MY RELIEF 11 DAYS AFTER
SEPT. 6TH ... SEPT 17TH. THIS MATCHES
THE NOTERY STAMP BY "ROSA OCHOA".
SO WHY IS THE JUDGES SIGNATURE
BEARING THE DATE SEPT 13TH? IT IS
BECAUSE MY 2ND (TIMELY) SUPPLIMENT
WAS RECIEVED PROBABLY THE 14TH OR
15TH OF SEPT. (2013). AND THE STATE
IS VERY DECEPTIVE WHEN THEY SAY THAT
I SAID THE 2ND SUPPLEMENT WAS
RECIEVED AFTER THE COURT DECIDED
ON IT.., AND NOT BEFORE!!







7-29-14

WAS INVOLUNTARY. SEE EX PARTE'
KELLY : 676 S.W. 2d 132 (TX CRIM APP 1984)
    PAGE 17: ... THE QUESTION OF
GUILT OR INNOCENCE SIMPLY CANNOT
BE FULFILED BY A POLICE REPORT
ALONE — SEE ART. 11.42 "PRESUMED
INNOCENCE"
    I WAS IN NO CONDITION TO MAKE
ANY SORT OF PLEA DURING THAT
TIME. CHECK MY PSYCHE RECORDS!
PAGE 18: HERE I'M ACCUSED OF
BEING A GAMBLER ??? I DON'T
GAMBLE.   PAGE 19: M.S.O. — THE
STATE IS VERY WELL AWARE OF THE
TERM FOR A MENTAL STATE OF
OFFENDER EXAM BY A PSYCHIATRIST.
DON'T BE FOOLED. IT WAS THIS
LANGUAGE THAT I USED IN MY
2ND SUPPLEMENT TO THE TRIAL COURT
THAT HAD THEM ALL "WORRIED" ENOUGH
TO LIE AND "FUDGE" DOCUMENTS.
AND CLAIM MY 11.07 APPLICATION
WAS NEVER RECIEVED. AND LADY
JUDGE WILL NOT BE DEFIED! HER
INFLUENCE REACHES TO CORPUS
CHRISTIE — AND THE U.S.D.C. JUST
DOWN THE STREET FROM THE TRIAL
COURT... SEE LETTER FROM MAJISTRATE
MORGAN DATED 5-22-14...

7-29-14

PAGE 21: I <u>HAVE</u> INDEED SHOWED
SOROLAS INEFFECTIVENESS AS COUNSEL.

AN ARREST HISTORY IS <u>NOT</u> A
CRIMINAL HISTORY. I STRESSED VERY
CLEARLY THAT THIS WAS USED IN THE
PLEA BARGAIN PHASE TO "TRICK" ME
INTO MAKING A GUILTY PLEA. THIS AND
THE ALLEGED CONFESSION WHICH WAS NO
CONFESSION AT ALL. SEE MIRANDA V.
ARIZONA. ALSO SEE U.S. V. ALDRICH.
169 F. 3d 526 (1999) — "EVEDINCE OF
PRIOR CRIMES IS PREJUDICIAL - MAY NOT
BE USED. THIS IS STRUCTURAL ERROR
'<u>REQUIRING</u>' AUTOMATIC REVERSAL."

IT STATES CLEARLY THAT THE STATE
HAS NO RECORD OF PSYCHIATRIC
FINDINGS — HA! I WONDER WHY!!

PAGE 22: THE DIRECTOR (T.D.C.J.)
IS <u>NOT</u>, DEFINATELY <u>NOT</u> ENTITLED
TO A SUMMERY JUDGEMENT AS A
MATTER OF LAW. IN FACT, I RESTATE,
THAT AN AQUITTLE IS IN ORDER.
THE STATE CANNOT TRY ME AGAIN —
I MUST BE SET FREE.

I SWEAR THAT THE FORGOING IS TRUE
AND CORRECT AS AN INMATE BEING HELD
AT MICHAEL UNIT IN ANDERSON COUNTY
7-30-14

PAGE 1 OF 2

4-24-14

TO: MAJISTRATE JUDGE RONALD MORGAN
U.S. DISTRICT COURT—BROWNSVILLE, TX.
FROM: SCOTT HESS. INMATE # 1841004
~~AD~~ GARZA WEST UNIT—BEEVILLE, TX.
RE: QUESTION OF WHO IS THE
PRESIDING JUDGE IN MY
CASE # 1:13-190 AND CASE# 1:14-15

YOUR HONOR,
ACCORDING TO THE NOTICE OF CASE FILING
DATED 10/11/13, ~~AS~~ MY PRESIDING
JUDGE IS HON. JUDGE HANEN, AND
YOU ARE LISTED AS THE MAJISTRATE.
~~YET~~ AND ON 10/16 YOU SIGNED AN
ORDER AS THE MAGISTRATE. UNDER YOUR
SIGNATURE IT STATES—"MAGISTRATE".
YET ON 12/12/13 YOU SIGNED AN
ORDER AS THE PRESIDING JUDGE.
IT SAYS UNDER YOUR NAME, YOUR
SIGNATURE "PRESIDING JUDGE"
~~FOR 113-190~~ (SH)
LIKEWISE ON 2/5/14 AND 3/6/14...
2 MORE ORDERS.
OR... IS JUDGE TAGLE NOW MY
PRESIDING JUDGE AS PER THE CONSOLIDATION
DATED 12/19/13 IN A 2ND CASE FILING.
FOR 1:14-15 AS WELL?    SEE PP2 →

Case 4:15-cv-01759   Document 9-6   Filed in TXSD on 08/25/15   Page 20 of 25

4-24-14

JUDGE TAGLE THEN SIGNED THOSE
CONSOLIDATED CASES INTO LAW
IN AN ORDER DATED 3/21/14.
HERE IT INDICATES UNDER HER
SIGNATURE THAT SHE IS "SENIOR"
PRESIDING JUDGE, YET IN HER
ORDER SHE STATES THAT THE
"LEAD CASE" IS # 1:13-190. THIS
IS AMBIGUAS. DOES THIS MEAN
THAT JUDGE HANEN IS NOW
THE PRESIDING JUDGE IN MY
2 CASES? OR IS THE ONE TO
JUDGE MY CASE(S) GOING TO BE
JUDGE TAGLE? OR WERE YOU
PROMOTED TO PRESIDING JUDGE
AND APPOINTED TO MY FIRST
CASE BETWEEN 10/11/13 AND
10/12/13? I WAS NEVER NOTIFIED
OF THIS.
      I NEVER SIGNED ~~THE~~ FOR
PERMISSION TO PROCEED
WITH A MAGISTRATE!!

I SCOTT W. HESS - TDCJ # 1841004, BEING PRESENTLY
ENCARCERATED IN GARZA WEST UNIT, IN
BEE COUNTY, TEXAS, DECLARE THAT THE FORE-
GOING IS TRUE AND CORRECT. EXICUTED ON
~~THIS DAY~~ 24 1st DAY OF APRIL, 2014.
                              Scott W. Hess

DENT CERTIFIED MAIL # 21-94

PAGE 1 OF 2

4-18-14

TO: HON. JUDGE HILDA TAGLE
FROM: SCOTT HESS - T.D.C.T # 1841004
RE: ATTORNEY GENERALS BRIEF I
    RECIEVED LAST WEEK, WITH MOTION
    FOR SUMMERY JUDGEMENT (COURTESY COPY)

YOUR HONOR,
LAST WEEK I RECIEVED THIS OVERWHELMING
DOCUMENT - IT HAS TAKEN ME THIS LONG TO
READ IT.

THE DOCUMENT HAS MUCH FALSE INFORMATION
AS A THOUROUGH INVESTIGATION OF EXISTING
RECORDS WILL PROVE. OVER ALL THIS IS A
"FALSIFIED DOCUMENT". FOR YOU TO SIGN AND
ATTEST TO THIS MISLEADING AND PREJUDICIAL
DOCUMENT WOULD BE MORE THAN A GREAT
INJUSTICE - IT WOULD BE A CRIME.

I WISH TO REFUTE THIS DOCUMENT - POINT BY
POINT, PAGE BY PAGE, TO SHOW NOT ONLY
THE INACCURACY OF THE DOCUMENT AS A
WHOLE... BUT TO DEMONSTRATE THE LOW
MORAL CHARACTER AND BIAS OF THE STATES
ATTORNEY GENERALS OFFICE, THE DISTRICT
ATTORNEY'S OFFICE AND THE 197TH DISTRICT
COURT. THIS IS NOT THE ONLY FALSIFIED
DOCUMENT I'VE RECIEVED FROM THE STATE.

PAGE 2 OF 2

4-18-14

ALSO, YOUR HONOR, I SENT A MOTION FOR
A BENCH WARRENT AND REQUEST FOR
AN APPOINTED ATTORNEY (AS I AM
AN INDIGENT) ON MARCH 3 RD, SO I
CAN STATE MY CASE... DID YOU HAVE A
CHANCE TO SEE MY LETTER?

I, SCOTT W. HESS - T.D.C.J. #1841004, BEING
PRESENTLY ENCARCERATED IN GARZA WEST,
IN BEE COUNTY, TEXAS, DECLARE UNDER
PENALTY OF FORGERY THAT THE FOREGOING
IS TRUE AND CORRECT. EXICUTED ON THE
18 TH DAY OF APRIL, 2014

Scott W Hess

(x) SEE 2 ENCLOSED COPIES OF LETTERS TO
JUDGE TAGLE AND JUDGE MORGAN.

TO: HON. JUDGE ANDREW HANEN <u>4-24-14</u>
FROM: SCOTT W. HESS #1841004, GARZA UNIT (WEST)
       BEEVILLE, TX.
RE: QUESTION OF WHO IS MY PRESIDING
       JUDGE IN CASE(S) 1:13-190; 1-14-15
YOUR HONOR,
       ARE YOU STILL THE PRESIDING JUDGE
IN MY CASE 1:13-190? IT APPEARS THAT
JUDGE TAGLE COULD BE THE ONE TO
DECIDE MY CASE(S)... ACCORDING TO
A 2ND FILING, DATED 12/19/13... AND
AS PER <u>HER</u> ORDER SIGNED BY HER
ON 3/21/14.
       OR IS MAGISTRATE JUDGE MORGAN
NOW A "PRESIDING JUDGE"- AND IN
CHARGE OF MY CASE(S)? WAS HE
PROMOTED? DID YOU RETIRE?
       JUDGE, BE VERY CAREFUL IF + WHEN
YOU SIGN A SUMMERY JUDGEMENT IN MY
CASE. LOOK AT THE ACCOMPANYING BRIEF
DATED 4/4/14 FROM THE STATE AND REVIEW
<u>ALL</u> RECORDS IN THIS CASE TO SEE THAT
THE STATE IS CORRUPT AND BIASED. HOW
DOES MY FEDERAL GOVERNMENT WANT ME TO
PROCEED? - SEE THE 3 MOTIONS I'M
FILING IN YOUR COURT. 1) MOTION OF
DISCOVERY, 2) MOTION TO STAY AND 3) MOTION
FOR A HEARING. THANK YOU. Scott W. Hess,

#35

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SCOTT WILLIAM HESS, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 1:13-190 |
| | § | |
| WILLIAM STEPHENS, | § | |
| Respondent. | § | |

## ORDER

After reviewing the record, the undersigned has a conflict of interest in this case. The Court **HEREBY** orders himself recused from this matter and orders that the case be returned to the Hon. Andrew S. Hanen for all future proceedings.

DONE at Brownsville, Texas, on May 2, 2014.

Ronald G. Morgan
United States Magistrate Judge

1